ACCEPTED
01-15-00564-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 5:00:40 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00564-CV

IN THE 1ST COURT OF APPEALS OF TEXAS, HOUSTON TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 5:00:40 PM
CHRISTOPHER A. PRINE
Clerk

**JENAUHD M. BRADFORD, ANTOINE A. BROWN, DAVID A. CONAWAY, SHAWN T. DEVILLE, RAY A. FIELDS, DERRICK L. HENDERSON, JAMES M. JOHNSON, CURTIS LEE III, GUS PAIGE III, MARTIN C. RHODES AND CEDRIC D. WARD**

*Appellants*

v.

**PALLETIZED TRUCKING, INC.**

*Appellee*

On Appeal from the 113th Judicial District Court of Texas, Harris County, Texas
Trial Court Cause No. 2012-30947

## APPELLEE'S MOTION TO DISMISS FRIVOLOUS APPEAL

PHILIP C. REEVES
Federal Bar No. 1475252
State Bar No. 24065959
philip@fuentesfirm.com
ROBERT FUENTES
Federal Bar No. 28591
State Bar No. 24005405
robert@fuentesfirm.com
5507 Louetta Road, Suite A
Spring, Texas  77379
Telephone:  (281) 378-7640
Facsimile:   (281) 378-7639
ATTORNEYS FOR
APPELLEE

# I.
## LEGAL STANDARD

**Time for Filing Notice of Appeal:** "An appeal is perfected when a written notice is filed with the trial clerk."[1]  In a civil case, a notice of appeal must be filed within 30 days of the date the judgment is signed by the trial court.[2]  If, however, a motion for new trial, or motion to modify the judgment is filed, a notice of appeal must be filed "within 90 days after the judgment is signed . . ."[3]  The appellate court may extend the time to file a notice of appeal by 15 days, if, within the 15 day deadline, the party seeking to perfect an appeal (i) files the notice of appeal in the trial court, and (ii) files a motion for extension of time in the appellate court.[4]  The maximum amount of time for filing the notice of appeal is 105 days –the initial 90 day period, plus the 15 day grace period.  If the 15-day grace period passes without the filing of a notice of appeal, "a party can no longer invoke the appellate court's jurisdiction."[5]

**Damages for Frivolous Appeal:** Texas Rule of Appellate Procedure 45 authorizes this Court to award a prevailing party "just damages" upon a determination that an "appeal is frivolous."[6] Bad faith is not a prerequisite to an award of damages under Rule 45.[7]  An appeal is frivolous when there is no reasonable basis to believe the judgment could be reversed.[8]

# II.
## Petitioner's Appeal is Frivolous

The trial court signed the final summary judgment from which this appeal is taken on

---

[1] TEX. R. APP. P. 26.1(a).
[2] TEX. R. APP. P. 26.1.
[3] TEX. R. APP. P. 26.1(a).
[4] TEX. R. APP. P. 26.3.
[5] *Cartmill v. Cartmill*, No. 14-06-00583-CV, 2006 Tex. App. LEXIS 6825, at *3 (Tex. App.—Houston [1st Dist.] 2006, pet. denied); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *In re Estate of Padilla*, 103 S.W.3d 563, 567 (Tex.App.—San Antonio 2003, no pet.)
[6] TEX. R. APP. P. 45
[7] *Smith v. Marshall B. Brown, P.C.*, 51 S.W.3d 376, 381 (Tex. App.—Houston [1st Dist.] 2001, pet. denied)
[8] *Id.*

February 20, 2015.[9] On March 3, 2015, Appellants filed a motion entitled "Plaintiff's Motion for Rehearing on Defendant's Motions for Summary Judgment."[10] Assuming without conceding that the Motion for Rehearing extended the trial court's plenary power under Texas Rule of Civil Procedure 329b(g), and the deadline to file a notice of appeal under Texas Rule of Appellate Procedure 26.1(a)(2), the extended deadline for Appellants to file a notice of appeal was May 21, 2015 –90 days from the date of the trial court judgment. Appellants filed no notice of appeal on or before May 21, 2015.

By operation of Rule 26.3, Appellants could have requested an additional 15 days to file a notice of appeal. The extended 15-day deadline for Appellants to file a notice of appeal would have expired on June 5, 2015. The Appellants did not file a notice of appeal, or a request to extend the time to file a notice of appeal on or before June 5, 2015. In fact, Appellants filed no notice of appeal until June 25, 2015 –20 days after expiration of the extended 15 day deadline. Because the "fifteen-day extension period for filing of a notice of appeal has passed without filing a notice of appeal, [Appellants] can no longer invoke [this Court]'s jurisdiction."[11] Appellants cannot invoke this court's jurisdiction, *a fortiori*, there is no reasonable basis to believe that this Court could reverse the trial court's judgment.

On July 9, 2015, Appellee notified Appellants that no timely notice of appeal was filed, and that prosecution of this appeal would be frivolous and subject Appellants to liability for Appellee's fees and costs associated with securing dismissal of the appeal.[12] Appellants did not

---

[99] Exhibit 1: Final Summary Judgment
[10] Exhibit 2: Plaintiffs' Designation of Matters in Clerk's Record; Exhibit A at 1 of 23
[11] *Cartmill v. Cartmill*, No. 14-06-00583-CV, 2006 Tex. App. LEXIS 6825, at *3 (Tex. App.—Houston [1st Dist.] 2006, pet. denied); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *In re Estate of Padilla*, 103 S.W.3d 563, 567 (Tex.App.—San Antonio 2003, no pet.)
[12] Exhibit 3: Letter to Appellants' Counsel

respond to the request for voluntarily dismissing the appeal, and Appellee has been forced to incur attorney's fees and costs to dispose of the frivolous appeal. Appellee requests this Court award Appellee just damages jointly and severally from Appellants' and their counsel.[13]

Since the filing of Appellants' notice of appeal, Appellee incurred attorney's fees and costs of $1,122.00.[14] Appellee should be awarded just damages from Appellants resulting from the filing of this frivolous appeal.

## III
## PRAYER

Appellee, Palletized Trucking, Inc. prays this Court GRANT this Motion to Dismiss for Lack of Jurisdiction and Damages for Frivolous Appeal, and award Appellee such other and further relief, both general and special, at law or in equity, to which Appellee is justly entitled.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**
/s/ *Philip C. Reeves*
PHILIP C. REEVES
Federal Bar No. 1475252
State Bar No. 24065959
ROBERT FUENTES
Federal Bar No. 28591
State Bar No. 24005405
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
philip@fuentesfirm.com
robert@fuentesfirm.com
**ATTORNEYS FOR APPELLEE**
**PALLETIZED TRUCKING, INC.**

---

[13] *Riggins v. Hill*, No. 14-13-00604-CV, 2015 Tex. App. LEXIS 641 at *13 (Tex. App.—Houston [14th Dist.] 2015, pet. filed)(awarding Rule 45 damages against appellant's counsel); *Hatton v. Grigar*, No. 14-09-00630-CV, 2011 Tex. App. LEXIS 377, at *3 (Tex. App.—Houston [14th Dist.] 2011, no pet.)(ordering appellant and appellant's attorney to pay Rule 45 damages to appellee)(mem. op.); *Lookshin v. Feldman*, 127 S.W.3d 100, 107 (Tex. App.—Houston [1st Dist.] 2003, pet. denied)(ordering only appellant's attorney to pay Rule 45 damages to appellee).
[14] Exhibit 4: Attorney's Fees Affidavit.

4

## CERTIFICATE OF CONFERENCE

On August 25, 2015, the undersigned counsel for Appellee conferred with Appellants' counsel regarding the substance of this motion. Appellee's counsel received no response, and considers Appellants opposed to this motion and the relief requested herein.

/s/*Philip C. Reeves*
PHILIP C. REEVES



No 2012-30947

JENAUHD M BRADFORD, et al §
§
Plaintiffs §
vs §
§
PALLETIZED TRUCKING, INC and §
SAIA, INC §
§
Defendants §

IN THE DISTRICT COURT

OF HARRIS COUNTY, TEXAS

113TH JUDICIAL DISTRICT

## FINAL SUMMARY JUDGMENT

Defendant Palletized Trucking, Inc filed several motions for summary judgment against Plaintiffs' claims, all of which are catalogued in the Agreed Order signed on December 5, 2014 Such motions were heard on January 23, 2015 The Court allowed leave to Plaintiffs to supplement their responses, and such additional arguments were filed and considered by submission The Court considered all papers filed by the parties germane to the said motions, the authorities cited and arguments of counsel

Defendant motion for final summary judgment is granted, and all of Plaintiffs' claims are dismissed

This is a final judgment that disposes of all claims and it is appealable

Signed February 20, 2015

_____
Judge Presiding

Certified Document Number: 64341873 - Page 1 of 1

**EXHIBIT 1**

| | | |
|---|---|---|
| JENAUHD M. BRADFORD, | § | IN THE DISTRICT COURT OF |
| ANTOINE A. BROWN, | § | |
| DAVID A. CONAWAY, | § | |
| SHAWN T. DEVILLE, | § | |
| RAY A. FIELDS, | § | |
| DERRICK L. HENDERSON, | § | |
| JAMES M. JOHNSON, | § | |
| CURTIS LEE III, | § | |
| GUS PAIGE III, | § | |
| ANTHONY C. PRICE, | § | |
| MARTIN C. RHODES AND | § | |
| CEDRIC D. WARD | § | |
| Plaintiffs, | § | HARRIS COUNTY, T E X A S |
| | § | |
| V. | § | |
| | § | |
| PALLETIZED TRUCKING, INC. | § | |
| AND SAIA, INC. | § | |
| Defendants. | § | 113th JUDICIAL DISTRICT |

## DESIGNATION OF MATTERS IN CLERK'S RECORD

Jenauhd M. Bradford, Antoine A. Brown, David A. Conaway, Shawn T. Deville, Ray A. Fields, Derrick L. Henderson, James M. Johnson, Curtis Lee III, Gus Paige III, Anthony C. Price, Martin C. Rhodes And Cedric D. Ward, Plaintiffs request the Clerk of the Court to prepare a Clerk's Record of these proceedings, including all matters required by Rule 34.5 of the Texas Rules of Appellate Procedure and specifically including the documents listed in Exhibit A, attached hereto.

Respectfully submitted,

Ramond W. Howard
Texas Bar No. 10076800
1303 Turtle Creek Drive
Missouri City, TX   77489
Tel. (281) 437-5900
Fax. (281) 416-9517
Attorney for Plaintiffs

**EXHIBIT 2**

## CERTIFICATE OF SERVICE

I certify that on 7th day of July, 2015, a true and correct copy of this Designation of Matter in Clerk's Record was served on Robert Fuentes via email at robert@fuenteslaw.com.

_____
Ramond W. Howard

HCDistrictclerk.com        BRADFORD, JENAUHD M vs. PALLETIZED        7/7/2015
                           TRUCKING INC
                           Cause: 201230947        CDI: 7        Court: 113

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 65974252 | Notice of Appeal | | 06/25/2015 | 2 |
| 65607713 | ORDER DENYING MOTION FOR NEW TRIAL SIGNED | | 05/29/2015 | 1 |
| | ORDER SIGNED DENYING REHEARING | | 05/29/2015 | |
| 65356260 | Notice of Hearing | | 05/08/2015 | 2 |
| 65319842 | Defendant Palletized Trucking, Incs notice of withdrawal of the motion to strike plaintiffs supplemental summary judgment response without prejudice | | 05/06/2015 | 2 |
| 65064773 | Amended Notice of Hearing | | 04/16/2015 | 2 |
| 65024508 | Plaintiffs' Motion for Leave to File Supplemental Response to Defendant's Motion for Summary Judgment | | 04/14/2015 | 4 |
| 64672063 | Notice of Hearing | | 03/18/2015 | 2 |
| 64664133 | Plaintiffs Response to Defendants Motion to Strike Plaintiffs' Supplemental Summary Judgment Responses and Objections to Plaintiffs' supplmental Evidence | | 03/17/2015 | 4 |
| -> 64664134 | Proposed Order | | 03/17/2015 | 1 |
| 64582228 | Defendant Palletized Trucking, Inc.'s Motion to Strike Plaintiffs' Supplemental Summary Judgment response and Objections to Plaintiffs' Supplemental Evidence | | 03/11/2015 | 8 |
| -> 64582230 | Exhibit A | | 03/11/2015 | 2 |
| -> 64582231 | Exhibit B | | 03/11/2015 | 4 |
| -> 64582232 | Exhibit C | | 03/11/2015 | 2 |
| -> 64582233 | Exhibit D | | 03/11/2015 | 4 |
| -> 64582229 | Proposed Order | | 03/11/2015 | 2 |
| 64477712 | Plaintiffs Motion for Rehearing on Defendant's Motions for summary judgment | | 03/03/2015 | 3 |
| -> 64477713 | Proposed Order | | 03/03/2015 | 1 |
| 64341873 | FINAL SUMMARY JUDGMENT SIGNED | | 02/20/2015 | 1 |
| 64305277 | Plaintiffs Supplemental Response to Defendants Traditional and No Evidence Motion for Summary Judgment | | 02/18/2015 | 13 |
| -> 64305278 | Exhibit 1 | | 02/18/2015 | 13 |
| -> 64305279 | Exhibit 2 | | 02/18/2015 | 12 |
| -> 64305280 | Exhibit 3 | | 02/18/2015 | 187 |
| -> 64305281 | Exhibit 4 | | 02/18/2015 | 13 |
| -> 64305282 | Exhibit 5 | | 02/18/2015 | 4 |
| -> 64305283 | Exhibit 6 | | 02/18/2015 | 24 |
| 64179983 | Trial Preparation Order | | 02/02/2015 | 2 |
| 63943989 | PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS AS TO ALL PLAINTIFFS' CLAIMS AND REQUEST FOR CONTINUANCE OF HEARING | | 01/22/2015 | 5 |
| -> 63943991 | Affidavit | | 01/22/2015 | 1 |
| -> 63943990 | Proposed Order | | 01/22/2015 | 1 |
| 63877273 | | | 01/16/2015 | 3 |

Plaintiffs' Motion for Continuance of Hearings on Defendant, Palletized Trucking, Inc.s Motion for Summary Judgment as to the Application of the Economic Loss Rule to Plaintiffs' Claims for Negligent Misrepresentation, Fraud and Converson; and Motion and

| | | | |
|---|---|---|---|
| -> 63877274 | Affidavit | 01/16/2015 | 1 |
| 63877333 | Ray A. Fields, James M. Jognson's and Anthony C. Price's Response to Defendant, Palletized Trucking, Inc.'s Motion for Summary Judgment and Reuqest for Continuance of Hearing | 01/16/2015 | 10 |
| -> 63877335 | Affidavit | 01/16/2015 | 4 |
| -> 63877336 | Affidavit | 01/16/2015 | 4 |
| -> 63877338 | Affidavit | 01/16/2015 | 1 |
| -> 63877334 | Fields Affidavit | 01/16/2015 | 4 |
| -> 63877337 | Palletized Letter | 01/16/2015 | 1 |
| 63877407 | Plantiffs' Response to Defendant's Motion for No Evidence Summary Judgment and Request for Continuance of Hearing | 01/16/2015 | 8 |
| -> 63877412 | Affidavit | 01/16/2015 | 1 |
| -> 63877408 | Exhibit A | 01/16/2015 | 1 |
| -> 63877409 | Exhibit B | 01/16/2015 | 1 |
| -> 63877410 | Exhibit C | 01/16/2015 | 55 |
| -> 63877411 | Exhibit D | 01/16/2015 | 33 |
| 63736270 | Plaintiffs' Objections to Defendant Palletized Trucking, Inc's Supplemental Responses to Plaintiffs' Requests for Disclosure and Expert Witness Designations | 01/06/2015 | 2 |
| 63426271 | ORDER SIGNED GRANTING MTN FOR EXTENSION OF TIME | 12/05/2014 | 2 |
| | ORDER SIGNED SETTING HEARING | 12/05/2014 | |
| 63392875 | Proposed AGREED ORDER EXTENDING SUMMARY JUDGMENT DEADLINE AND NOTICE OF HEARING ON DEFENDANT'S MOTIONS FORSUMMARY JUDGMENT | 12/04/2014 | 2 |
| 63220279 | Exhibit 15 | 11/18/2014 | 21 |
| 63220327 | Defendant Palletized Trucking, Inc.'s Motion for Summary Judgment as to Application of the Economic Loss Rule to Plaintiffs Claims for Negligent Misprestation, Fraud and Conversion | 11/18/2014 | 13 |
| -> 63220328 | Exhibit 1 | 11/18/2014 | 9 |
| -> 63220337 | Exhibit 10 | 11/18/2014 | 9 |
| -> 63220338 | Exhibit 11 | 11/18/2014 | 9 |
| -> 63220339 | Exhibit 12 | 11/18/2014 | 9 |
| -> 63220340 | Exhibit 13 | 11/18/2014 | 65 |
| -> 63220341 | Exhibit 14 | 11/18/2014 | 3 |
| -> 63220329 | Exhibit 2 | 11/18/2014 | 9 |
| -> 63220330 | Exhibit 3 | 11/18/2014 | 9 |
| -> 63220331 | Exhibit 4 | 11/18/2014 | 9 |
| -> 63220332 | Exhibit 5 | 11/18/2014 | 9 |
| -> 63220333 | Exhibit 6 | 11/18/2014 | 9 |
| -> 63220334 | Exhibit 7 | 11/18/2014 | 9 |
| -> 63220335 | Exhibit 8 | 11/18/2014 | 9 |
| -> 63220336 | Exhibit 9 | 11/18/2014 | 9 |
| -> 63220342 | Proposed Order | 11/18/2014 | 1 |
| 63226813 | DEFENDANT PALLETIZED TRUCKING, INC'S MOTION FOR TRADITIONAL SUMMARY JUDGMENT AS TO PLAINTIFF'S QUASI-CONTRACTUAL CAUSES OF ACTION FOR UNJUST ENRICHMENT AND MONEY-HAD-AND-RECEIVED | 11/18/2014 | 7 |

| | | | |
|---|---|---|---|
| -> 63226814 | Exhibit 1 | 11/18/2014 | 65 |
| -> 63226815 | Proposed Order Granting summary judgment | 11/18/2014 | 1 |
| 63226906 | Amended Notice of oral Hearing | 11/18/2014 | 2 |
| -> 63226907 | Exhibit 2 | 11/18/2014 | 21 |
| 63036291 | Rule 11 Mediation Agreement | 11/04/2014 | 1 |
| 63005909 | Reporters Certification Deposition of Derrick Henderson Taken May 12, 2014 | 10/31/2014 | 3 |
| 63005910 | Reporters Certification Oral Deposition of James Johnson May 23, 2014 | 10/31/2014 | 3 |
| 63042339 | Order Resetting Trial | 10/23/2014 | 2 |
| 62873823 | COURT SCHEDULING ORDER SIGNED | 10/22/2014 | 4 |
| 62618293 | Proposed Agreed Scheduling Order | 10/03/2014 | 6 |
| 62377111 | Notice of Oral Hearing on Defendant Palletized Trucking, Inc.'s First Amended Motion for Summary Judgment as to Plaintiffs' Claims for Breach of Fiduciary Duty | 09/17/2014 | 2 |
| 62387367 | DEFENDANT PALLETIZED TRUCKING INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR MEDIATION | 09/17/2014 | 4 |
| -> 62387368 | Exhibit 1 | 09/17/2014 | 2 |
| -> 62387369 | Exhibit 2 | 09/17/2014 | 4 |
| -> 62387371 | Exhibit 3 | 09/17/2014 | 2 |
| -> 62387372 | Exhibit 4 | 09/17/2014 | 4 |
| -> 62387374 | Exhibit 5 | 09/17/2014 | 1 |
| 62387375 | Proposed Order for Mediation | 09/17/2014 | 3 |
| 62411565 | ORDER SIGNED DENYING REFERRAL TO MEDIATION | 09/15/2014 | 1 |
| 62148255 | Amended Notice of Hearing | 08/28/2014 | 2 |
| 62148256 | Amended Notice of Hearing | 08/28/2014 | 2 |
| 62148258 | Amended Notice of Hearing | 08/28/2014 | 2 |
| 62148262 | Amended Notice of Hearing | 08/28/2014 | 2 |
| 62148263 | Amended Notice of Hearing | 08/28/2014 | 2 |
| 62148462 | Plaintiffs Motion for Mediation | 08/28/2014 | 3 |
| -> 62148465 | Notice of Submission | 08/28/2014 | 2 |
| -> 62148464 | Proposed Order Granting Plaintiffs Motion for Mediation | 08/28/2014 | 2 |
| 62127995 | Notice of Hearing | 08/27/2014 | 2 |
| 62127996 | Notice of Hearing | 08/27/2014 | 2 |
| 62127998 | Notice of Hearing | 08/27/2014 | 2 |
| 62127999 | Notice of Hearing | 08/27/2014 | 2 |
| 62128000 | Notice of Hearing | 08/27/2014 | 2 |
| 62085553 | Exhibit 35 Part 1 | 08/25/2014 | 15 |
| 62085559 | Exhibit 35 Part 2 | 08/25/2014 | 15 |
| 62085560 | Exhibit 35 Part 3 | 08/25/2014 | 15 |
| 62085561 | Exhibit 35 Part 4 | 08/25/2014 | 14 |
| 62085562 | Exhibit 35 Part 5 | 08/25/2014 | 15 |
| 62091169 | Defendants Motion for Partial Summary Judgment on Statute of Limitations as to All Plaintiffs Claims | 08/25/2014 | 17 |
| -> 62091171 | Exhibit 1 | 08/25/2014 | 65 |
| -> 62091183 | Exhibit 10 | 08/25/2014 | 9 |

| ·> 62091185 | Exhibit 11 | 08/25/2014 | 10 |
|---|---|---|---|
| ·> 62091186 | Exhibit 12 | 08/25/2014 | 8 |
| ·> 62091187 | Exhibit 13 | 08/25/2014 | 9 |
| ·> 62091195 | Exhibit 14 | 08/25/2014 | 6 |
| ·> 62091196 | Exhibit 15 | 08/25/2014 | 10 |
| ·> 62091197 | Exhibit 16 | 08/25/2014 | 8 |
| ·> 62091198 | Exhibit 17 | 08/25/2014 | 14 |
| ·> 62091199 | Exhibit 18 | 08/25/2014 | 15 |
| ·> 62091172 | Exhibit 2 | 08/25/2014 | 3 |
| ·> 62091173 | Exhibit 3 | 08/25/2014 | 3 |
| ·> 62091174 | Exhibit 4 | 08/25/2014 | 2 |
| ·> 62091176 | Exhibit 5 | 08/25/2014 | 2 |
| ·> 62091177 | Exhibit 6 | 08/25/2014 | 64 |
| ·> 62091179 | Exhibit 7 | 08/25/2014 | 12 |
| ·> 62091180 | Exhibit 8 | 08/25/2014 | 14 |
| ·> 62091182 | Exhibit 9 | 08/25/2014 | 10 |
| ·> 62091200 | Notice of Submission | 08/25/2014 | 2 |
| 62091201 | Proposed Order Granting Defendants Motion for Partial Summary Judgment on Statue of Limitations | 08/25/2014 | 4 |
| 62068524 | Defendant Palletized Trucking, Inc.'s Motion for No-Evidence Summary Judgment | 08/22/2014 | 8 |
| 62068525 | Notice of No-Evidence Motion for Summary Judgment as to All Plaintiffs Claims for Submission Setting | 08/22/2014 | 2 |
| 62068526 | Proposed Order Gratning Defendnats No-Evidence Motion for Summary Judgment as to All Plaintiffs Claims | 08/22/2014 | 2 |
| 62068527 | Defendant's Motion for Summary Judgment as to Plaintiff Anthony Price | 08/22/2014 | 14 |
| ·> 62068528 | Exhibit 1 | 08/22/2014 | 22 |
| ·> 62068529 | Exhibit 2 | 08/22/2014 | 21 |
| ·> 62068530 | Exhibit 3 | 08/22/2014 | 21 |
| ·> 62068531 | Exhibit 4 | 08/22/2014 | 11 |
| ·> 62068532 | Exhibit 5 | 08/22/2014 | 11 |
| ·> 62068533 | Exhibit 6 | 08/22/2014 | 9 |
| ·> 62068534 | Exhibit 7 | 08/22/2014 | 6 |
| ·> 62068535 | Exhibit 8 | 08/22/2014 | 5 |
| ·> 62068536 | Notice of Submission Setting on Defendant's Motion for SUmmary Judgment as to Plainitff Anthony Price | 08/22/2014 | 2 |
| 62068537 | Proposed Order Granting Defendants Motion for Summary Judgment as to Plaintiff Anthony Price | 08/22/2014 | 2 |
| 62068538 | Defendants Motion for Summary Judgment as to Plaintiff Ray A. Fields | 08/22/2014 | 14 |
| ·> 62068539 | Exhibit 1 | 08/22/2014 | 24 |
| ·> 62068541 | Exhibit 2 | 08/22/2014 | 21 |
| ·> 62068542 | Exhibit 3 | 08/22/2014 | 11 |
| ·> 62068543 | Exhibit 4 | 08/22/2014 | 11 |
| ·> 62068544 | Exhibit 5 | 08/22/2014 | 9 |
| ·> 62068545 | Exhibit 6 | 08/22/2014 | 7 |

| | | | |
|---|---|---|---|
| -> 62068546 | Exhibit 7 | 08/22/2014 | 65 |
| -> 62068547 | Notice of Submission Setting on Defendants Motion for Summary Judgment as to Plaintiff Ray Fields | 08/22/2014 | 2 |
| 62068548 | Proposed Order Granting Defendants Motion for Summary Judgment as to Plaintiff Ray A. Fields | 08/22/2014 | 1 |
| 62083021 | Defendant Palletized Trucking, Inc.s First Amended Motion for Summary Judgment as to Plaintiffs Claims for Breach of Fiduciary Duty | 08/22/2014 | 10 |
| -> 62083022 | Exhibit 1 | 08/22/2014 | 9 |
| -> 62083051 | Exhibit 10 | 08/22/2014 | 9 |
| -> 62083057 | Exhibit 11 | 08/22/2014 | 9 |
| -> 62083058 | Exhibit 12 | 08/22/2014 | 10 |
| -> 62083070 | Exhibit 13 | 08/22/2014 | 10 |
| -> 62083071 | Exhibit 14 | 08/22/2014 | 9 |
| -> 62083074 | Exhibit 15 | 08/22/2014 | 9 |
| -> 62083079 | Exhibit 16 | 08/22/2014 | 9 |
| -> 62083091 | Exhibit 17 | 08/22/2014 | 9 |
| -> 62083092 | Exhibit 18 | 08/22/2014 | 9 |
| -> 62083093 | Exhibit 19 | 08/22/2014 | 9 |
| -> 62083023 | Exhibit 2 | 08/22/2014 | 9 |
| -> 62083094 | Exhibit 20 | 08/22/2014 | 9 |
| -> 62083106 | Exhibit 21 | 08/22/2014 | 9 |
| -> 62083109 | Exhibit 22 | 08/22/2014 | 9 |
| -> 62083121 | Exhibit 23 | 08/22/2014 | 21 |
| -> 62083122 | Exhibit 24 | 08/22/2014 | 9 |
| -> 62083123 | Exhibit 25 | 08/22/2014 | 9 |
| -> 62083142 | Exhibit 26 | 08/22/2014 | 9 |
| -> 62083143 | Exhibit 27 | 08/22/2014 | 9 |
| -> 62083144 | Exhibit 28 | 08/22/2014 | 21 |
| -> 62083150 | Exhibit 29 | 08/22/2014 | 10 |
| -> 62083024 | Exhibit 3 | 08/22/2014 | 9 |
| -> 62083151 | Exhibit 30 | 08/22/2014 | 10 |
| -> 62083152 | Exhibit 31 | 08/22/2014 | 9 |
| -> 62083154 | Exhibit 32 | 08/22/2014 | 21 |
| -> 62083157 | Exhibit 33 | 08/22/2014 | 21 |
| -> 62083158 | Exhibit 34 | 08/22/2014 | 21 |
| -> 62083025 | Exhibit 4 | 08/22/2014 | 9 |
| -> 62083033 | Exhibit 5 | 08/22/2014 | 9 |
| -> 62083034 | Exhibit 6 | 08/22/2014 | 9 |
| -> 62083048 | Exhibit 7 | 08/22/2014 | 9 |
| -> 62083049 | Exhibit 8 | 08/22/2014 | 9 |
| -> 62083050 | Exhibit 9 | 08/22/2014 | 11 |
| -> 62083159 | Notice of Submission | 08/22/2014 | 2 |
| 62083161 | Proposed Order Granting Defendant Palletized Trucking, Inc.'s First Amended Motion for Summary Judgment as to All Plaintiffs' Claims for Breach of Fiduciary Duty | 08/22/2014 | 2 |

| | | | |
|---|---|---|---|
| 62042219 | First Amended Notice of Submission Setting on Defendants Motion for Summary Judgment as to Plaintiff James Johnson | 08/20/2014 | 2 |
| 62023535 | Notice of Submission Setting on Defendants' Motion for Summary Judgment as to Plaintiff James Johnson | 08/19/2014 | 2 |
| 62000345 | DEFENDANT PALLETIZED TRUCKING'S RESPONSE TO PLAINTIFFS' MOTION FOR CONTINUANCE OF HEARINGS ON DEFENDANT'S NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT AND TRADITIONAL MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS FOR NEGLIGENT MISREPRESENTATION | 08/18/2014 | 5 |
| ·> 62000347 | Exhibit 1 | 08/18/2014 | 1 |
| ·> 62000348 | Exhibit 2 | 08/18/2014 | 1 |
| ·> 62000346 | Proposed Order Denying motion for continuance | 08/18/2014 | 3 |
| 62000513 | DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT AND TRADITIONAL MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS FOR NEGLIGENT MISREPRESENTATION | 08/18/2014 | 8 |
| ·> 62000521 | Exhibit 1 - Johnson Loan Contract | 08/18/2014 | 2 |
| ·> 62000518 | Exhibit 2 - Contract James Johnson 12-28-12 | 08/18/2014 | 5 |
| ·> 62000519 | Exhibit 3 | 08/18/2014 | 2 |
| ·> 62000520 | Exhibit 4 | 08/18/2014 | 1 |
| 62000747 | Defendants Motion for Summary Judgment as to Plaintiff James Johnson | 08/18/2014 | 15 |
| ·> 62000748 | Exhibit 01 | 08/18/2014 | 22 |
| ·> 62000749 | Exhibit 02 | 08/18/2014 | 21 |
| ·> 62000750 | Exhibit 03 | 08/18/2014 | 21 |
| ·> 62000751 | Exhibit 04 | 08/18/2014 | 21 |
| ·> 62000752 | Exhibit 05 | 08/18/2014 | 9 |
| ·> 62000753 | Exhibit 06 | 08/18/2014 | 10 |
| ·> 62000754 | Exhibit 07 | 08/18/2014 | 9 |
| ·> 62000755 | Exhibit 08 | 08/18/2014 | 9 |
| ·> 62000756 | Exhibit 09 (1of 2) | 08/18/2014 | 14 |
| ·> 62000757 | Exhibit 10 | 08/18/2014 | 4 |
| ·> 62000758 | Exhibit 11 | 08/18/2014 | 5 |
| ·> 62000759 | Exhibit 9 (2 of 2) | 08/18/2014 | 14 |
| 62000760 | Proposed Order Granting motion summary judgment | 08/18/2014 | 1 |
| 61880849 | Defendant, Saia, Inc.'s Motion to Quash Deposition of The Corporate Representative of SAIA, Inc. | 08/07/2014 | 3 |
| ·> 61880850 | Exhibit 1 | 08/07/2014 | 2 |
| 61880851 | Proposed Order Granting Motion to Quash Deposition of The Corporate Representative of SAIA, Inc | 08/07/2014 | 2 |
| 61882055 | Plaintiffs' Response and Objections to Defendant's Motion for Protective Order | 08/07/2014 | 4 |
| 61882056 | Proposed Order | 08/07/2014 | 1 |
| 61865488 | Plaintiffs' Fifth Amended Original Petition | 08/06/2014 | 65 |
| 61822861 | Notice of Hearing | 08/04/2014 | 2 |
| 61852252 | Trial Preparation Order | 08/01/2014 | 2 |
| 61726640 | Defendant Palletized Trucking, Inc.'s First Amended Traditional Motion for Summary Judgment asto Plaintiffs' Claims for Neligent Misrepresentation | 07/25/2014 | 9 |
| ·> 61726652 | Exbibit 11 | 07/25/2014 | 9 |

| -> 61726641 | Exhibit 1 | 07/25/2014 | 9 |
| -> 61726651 | Exhibit 10 | 07/25/2014 | 9 |
| -> 61726654 | Exhibit 12 | 07/25/2014 | 9 |
| -> 61726655 | Exhibit 13 | 07/25/2014 | 112 |
| -> 61726656 | Exhibit 14 | 07/25/2014 | 3 |
| -> 61726659 | Exhibit 15 | 07/25/2014 | 21 |
| -> 61726642 | Exhibit 2 | 07/25/2014 | 9 |
| -> 61726643 | Exhibit 3 | 07/25/2014 | 9 |
| -> 61726644 | Exhibit 4 | 07/25/2014 | 9 |
| -> 61726645 | Exhibit 5 | 07/25/2014 | 9 |
| -> 61726646 | Exhibit 6 | 07/25/2014 | 9 |
| -> 61726647 | Exhibit 7 | 07/25/2014 | 9 |
| -> 61726648 | Exhibit 8 | 07/25/2014 | 9 |
| -> 61726649 | Exhibit 9 | 07/25/2014 | 9 |
| 61726660 | Proposed Order Granting Defendants' First Amended Traditional Motion For Summary Judgment as to Plaintiffs' Claims for Negligent Misrepresentation | 07/25/2014 | 3 |
| 61726661 | Notice of First Amended Traditional Motion for Summary Judgment As to All Plaintiffs' Claims for Negligent Misrepresentation for Submission Setting | 07/25/2014 | 2 |
| 61726667 | First Amended Notice of No-Evidence Motion for Summary Judgment as to Plaintiffs' Claims for Negligent Mispresentation for Submission Setting | 07/25/2014 | 2 |
| 61629444 | Plaintiffs Motion for Continuance of Hearings on Defendant Palletized Trucking Inc's No Evidence Motion for Summary Judgment and Traditional Motion for Summary Judgment as to Plaintiffs Claims for Negligent Intrustment | 07/18/2014 | 3 |
| -> 61629445 | Proposed Order Granting motion for continuance | 07/18/2014 | 1 |
| 61629458 | Plaintiffs Response to Defendant Palletized Trucking Inc's No Evidence Motion for Summary Judgment and Traditional Motion for Summary Judgment as to Plaintiffs Claims for Negligent entrustment | 07/18/2014 | 4 |
| -> 61629459 | Proposed Order denying defendant, palletized trucking, inc's no-evidence motion for summary judgment an traditional motion for summary judgment as to plaintiffs' claim for negligent entrustment | 07/18/2014 | 1 |
| 61206315 | Reporter's certification of deposition of Cedric Ward | 06/16/2014 | 3 |
| 61206320 | Reporter's certification deposition of Cedric Ward | 06/16/2014 | 3 |
| 61196169 | PLAINTIFF'S MOTION FOR CONTINUANCE OF DEFENDANT, PALLETIZED TRUCKING, INC'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS FOR BREACH OF FIDUCIARY DUTY AND CONSTRUCTIVE FRAUD | 06/12/2014 | 2 |
| -> 61196170 | Proposed order granting continuance | 06/12/2014 | 1 |
| 61196313 | PLAINTIFFS' RESPONSE TO DEFENDANT, PALLETIZED TRUCKING, INC'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS FOR BREACH OF FIDUCIARY DUTY AND CONSTRUCTIVE FRAUD | 06/12/2014 | 8 |
| -> 61196314 | Proposed order denying summary judgment | 06/12/2014 | 1 |
| 61081832 | ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT | 06/03/2014 | 1 |
| 61081837 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 06/03/2014 | 1 |
| 61020425 | Defendant Palletized Trucking Inc's No Evidence Motion for Summary Judgment as to Plaintiffs Claims for Negligent Misrepresentation | 06/02/2014 | 6 |
| -> 61020433 | Proposed Order Granting no evidence summary judgment | 06/02/2014 | 2 |
| 61020515 | Defendant Palletized Trucking Inc's Traditional Motion for Summary Judgment as to Plaintiffs Claims for Negligent Misrepresentation | 06/02/2014 | 7 |
| -> 61020525 | Exhibit 01 | 06/02/2014 | 9 |

| | | | |
|---|---|---|---|
| -> 61020526 | Exhibit 02 | 06/02/2014 | 9 |
| -> 61020528 | Exhibit 03 | 06/02/2014 | 9 |
| -> 61020529 | Exhibit 04 | 06/02/2014 | 9 |
| -> 61020530 | Exhibit 05 | 06/02/2014 | 9 |
| -> 61020532 | Exhibit 06 | 06/02/2014 | 9 |
| -> 61020534 | Exhibit 07 | 06/02/2014 | 9 |
| -> 61020535 | Exhibit 08 | 06/02/2014 | 9 |
| -> 61020536 | Exhibit 09 | 06/02/2014 | 9 |
| -> 61020537 | Exhibit 10 | 06/02/2014 | 9 |
| -> 61020538 | Exhibit 11 | 06/02/2014 | 9 |
| -> 61020539 | Exhibit 12 | 06/02/2014 | 9 |
| -> 61020541 | Exhibit 13 | 06/02/2014 | 112 |
| -> 61020542 | Exhibit 14 | 06/02/2014 | 3 |
| -> 61020547 | Proposed Order Granting motion for summary judgment | 06/02/2014 | 2 |
| 61008596 | Defendant Saia's Response To Plaintiff's Third Motion For Continuance | 05/30/2014 | 6 |
| 61008597 | Exhibit 1 | 05/30/2014 | 1 |
| 61008598 | Exhibit 2 | 05/30/2014 | 6 |
| 61008606 | Proposed Order Denying Plaintiff's Third Motion For Continuance | 05/30/2014 | 2 |
| 61011616 | Defendant Saia's Reply to Plaintiff's Response to Saia's Motion For Summary Judgment | 05/30/2014 | 7 |
| 61011617 | Signed Order | 05/30/2014 | 1 |
| 61011618 | Exhibit 2 | 05/30/2014 | 6 |
| 60986299 | Defendants' Supplemental Reply and Objections to Plaintiff's Response to Defendants' Motion For Summary Judgment as to Plaintiff Ray A. Fields | 05/29/2014 | 9 |
| -> 60986302 | Exhibit 1 | 05/29/2014 | 6 |
| -> 60986303 | Exhibit 2 | 05/29/2014 | 3 |
| -> 60986304 | Exhibit 3 | 05/29/2014 | 3 |
| -> 60986306 | Exhibit 4 | 05/29/2014 | 2 |
| 60922883 | Plaintiff Ray A Fields Supplemental Response to Defendants Motion for Final Summary Judgment | 05/23/2014 | 2 |
| -> 60922885 | Affidavit | 05/23/2014 | 3 |
| -> 60922884 | Exhibit A - (Amended Schedule B) | 05/23/2014 | 7 |
| 60928755 | Plaintiffs Third Motion to continuance on defendant SAIA Inc's Motion for Summary Judgment Hearing | 05/23/2014 | 4 |
| -> 60928756 | Proposed Order on continuance | 05/23/2014 | 1 |
| 60931793 | Defendant Palletized Trucking Incs Motion for Summary Judgment as to Plaintiffs Claims for Breach of Fiduciary Duty and Constructive Fraud | 05/23/2014 | 17 |
| -> 60931785 | Ex. 35 - 2 of 5 Contrcts A.Price | 05/23/2014 | 15 |
| -> 60931790 | Ex. 35 - 3 of 5 Contrcts A.Price | 05/23/2014 | 16 |
| -> 60931791 | Ex. 35 - 4 of 5 Contrcts A.Price | 05/23/2014 | 16 |
| -> 60931792 | Ex. 35 - 5 of 5 Contrcts A.Price | 05/23/2014 | 16 |
| -> 60931784 | Exhibit 35 | 05/23/2014 | 15 |
| 60932189 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 05/23/2014 | 2 |
| 61010941 | Docket Control Order | 05/23/2014 | 2 |

| 60914455 | DEFENDANT PALLETIZED TRUCKING, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS FOR BREACH OF FIDUCIARY DUTY AND CONSTRUCTIVE FRAUD | 05/22/2014 | 11 |
|---|---|---|---|
| -> 60914486 | Exhibit 24 | 05/22/2014 | 9 |
| -> 60914487 | Exhibit 25 | 05/22/2014 | 9 |
| -> 60914489 | Exhibit 26 | 05/22/2014 | 9 |
| -> 60914490 | Exhibit 27 | 05/22/2014 | 9 |
| -> 60914491 | Exhibit 28 | 05/22/2014 | 21 |
| -> 60914492 | Exhibit 29 | 05/22/2014 | 10 |
| -> 60914456 | Exhibit 01 | 05/22/2014 | 9 |
| -> 60914457 | Exhibit 02 | 05/22/2014 | 9 |
| -> 60914458 | Exhibit 03 | 05/22/2014 | 9 |
| -> 60914459 | Exhibit 04 | 05/22/2014 | 9 |
| -> 60914460 | Exhibit 05 | 05/22/2014 | 9 |
| -> 60914461 | Exhibit 06 | 05/22/2014 | 9 |
| -> 60914463 | Exhibit 07 | 05/22/2014 | 9 |
| -> 60914465 | Exhibit 08 | 05/22/2014 | 9 |
| -> 60914466 | Exhibit 09 | 05/22/2014 | 11 |
| -> 60914467 | Exhibit 10 | 05/22/2014 | 9 |
| -> 60914468 | Exhibit 11 | 05/22/2014 | 9 |
| -> 60914469 | Exhibit 12 | 05/22/2014 | 10 |
| -> 60914470 | Exhibit 13 | 05/22/2014 | 10 |
| -> 60914474 | Exhibit 14 | 05/22/2014 | 9 |
| -> 60914475 | Exhibit 15 | 05/22/2014 | 9 |
| -> 60914478 | Exhibit 16 | 05/22/2014 | 9 |
| -> 60914479 | Exhibit 17 | 05/22/2014 | 9 |
| -> 60914480 | Exhibit 18 | 05/22/2014 | 9 |
| -> 60914481 | Exhibit 19 | 05/22/2014 | 9 |
| -> 60914482 | Exhibit 20 | 05/22/2014 | 9 |
| -> 60914483 | Exhibit 21 | 05/22/2014 | 9 |
| -> 60914484 | Exhibit 22 | 05/22/2014 | 9 |
| -> 60914485 | Exhibit 23 | 05/22/2014 | 21 |
| -> 60914493 | Exhibit 30 | 05/22/2014 | 10 |
| -> 60914494 | Exhibit 31 | 05/22/2014 | 9 |
| -> 60914495 | Exhibit 32 | 05/22/2014 | 21 |
| -> 60914496 | Exhibit 33 | 05/22/2014 | 21 |
| -> 60914497 | Exhibit 34 | 05/22/2014 | 21 |
| -> 60914498 | Exhibit 36 | 05/22/2014 | 112 |
| -> 60914501 | Notice of Oral Hearing | 05/22/2014 | 2 |
| -> 60914500 | Proposed Order Granting motion summary judgment | 05/22/2014 | 3 |
| 60888742 | Agreed motion for trial Continuance | 05/20/2014 | 5 |
| -> 60888743 | Proposed Order Granting trial continuance | 05/20/2014 | 2 |
| 60850755 | Reporter's certificate oral videotaped deposition of Gus Paige III 3-25-14 | 05/19/2014 | 3 |

| 60721241 | ORDER SIGNED GRANTING AGREEMENT PER RULE 11 | 05/07/2014 | 3 |
|---|---|---|---|
|  | ORDER SIGNED GRANTING DISCOVERY | 05/07/2014 |  |
| 60600844 | Proposed Order for Submission | 04/29/2014 | 3 |
| 60600845 | Exhibit 1 | 04/29/2014 | 3 |
| 60579049 | Plaintiffs Certificate of Written Discovery Directed to Defendants Palletized Trucking Inc and Saia Inc | 04/25/2014 | 2 |
| 60603085 | ORDER SIGNED GRANTING CONTINUANCE | 04/25/2014 | 1 |
| 60545749 | Defendant Saia's Response To Plaintiff's Second Motion for Continuance | 04/24/2014 | 4 |
| 60545750 | Proposed Order Denying Plaintiffs' Second Motion for Continuance | 04/24/2014 | 2 |
| 60556310 | Plaintiffs Reply to Defendant's Saia's Response to Plaintiffs Second Motion to Continuance Summary Judgment Hearing | 04/24/2014 | 4 |
| ·> 60556314 | Exhibit A | 04/24/2014 | 11 |
| ·> 60556320 | Exhibit B | 04/24/2014 | 5 |
| 60511644 | Defendants' Reply and Objections To Plaintiff's Response To Defendants' Motion For Summary Judgment As To Plaintiff Ray A.Fields and Response to Plaintiff's Motion For Continuance | 04/22/2014 | 8 |
| 60511645 | Exhibit 1 | 04/22/2014 | 15 |
| 60511646 | Exhibit 2 | 04/22/2014 | 4 |
| 60494795 | Plaintiffs Second Motion to Continuance Summary Judgment Hearing | 04/21/2014 | 2 |
| ·> 60494796 | Affidavit | 04/21/2014 | 2 |
| ·> 60494804 | Proposed Order Granting Second Motion to Continue | 04/21/2014 | 1 |
| 60468788 | Defendants Motion for Summary Judgment as to Plaintiff Ray A Fields | 04/17/2014 | 15 |
| ·> 60468789 | Exhibit 01 | 04/17/2014 | 15 |
| ·> 60468790 | Exhibit 02 | 04/17/2014 | 12 |
| ·> 60468791 | Exhibit 03 | 04/17/2014 | 23 |
| ·> 60468792 | Exhibit 04 | 04/17/2014 | 1 |
| ·> 60468793 | Exhibit 05 | 04/17/2014 | 8 |
| ·> 60468794 | Exhibit 06 | 04/17/2014 | 8 |
| ·> 60468795 | Exhibit 07 | 04/17/2014 | 3 |
| ·> 60468796 | Exhibit 08 | 04/17/2014 | 3 |
| ·> 60468797 | Exhibit 09 | 04/17/2014 | 1 |
| ·> 60468798 | Exhibit 10 | 04/17/2014 | 20 |
| ·> 60468799 | Exhibit 11 | 04/17/2014 | 15 |
| ·> 60468800 | Exhibit 12 | 04/17/2014 | 9 |
| 60468821 | Plaintiff Ray a Fields Motion for Continuance | 04/17/2014 | 2 |
| ·> 60468822 | Affidavit | 04/17/2014 | 2 |
| ·> 60468823 | Proposed Order Granting continuance | 04/17/2014 | 1 |
| 60468868 | Plaintiff Ray A Fields Response to Defendants Motion for Final Summary Judgment | 04/17/2014 | 6 |
| ·> 60468870 | Affidavit | 04/17/2014 | 3 |
| ·> 60468869 | Appendix | 04/17/2014 | 1 |
|  | Appendix to plantiffs response to defendants motion for final summary judgment | 04/17/2014 |  |
| ·> 60468871 | Proposed Order Denying summary judgment | 04/17/2014 | 1 |
| 60529114 | ORDER SIGNED COMPELLING PRODUCTION | 04/16/2014 | 2 |
| 60426792 |  | 04/15/2014 | 3 |

| | Proposed Order Granting Defendants' First Amended Motion to Enforce Rule 11 Agreement and First Amended Second Motion to Compel | | |
|---|---|---|---|
| 60405721 | Proposed Order | 04/14/2014 | 2 |
| 60368595 | DEFENDANTS SAIA, INC. AND PALLETIZED TRUCKING, INC.'s FIRST AMENDED MOTION FOR PROTECTIVE ORDER AND CONFIDENTIALITY ORDER | 04/10/2014 | 9 |
| 60362977 | DEFENDANTS' FIRST AMENDED MOTION TO ENFORCE RULE 11 AGREEMENT AND FIRST AMENDED SECOND MOTION TO COMPEL | 04/09/2014 | 15 |
| 60362978 | Exhibit 01 | 04/09/2014 | 9 |
| 60362987 | Exhibit 02 | 04/09/2014 | 1 |
| 60362990 | Exhibit 03 | 04/09/2014 | 8 |
| 60362991 | Exhibit 04 | 04/09/2014 | 7 |
| 60362992 | Exhibit 05 | 04/09/2014 | 7 |
| 60362993 | Exhibit 06 | 04/09/2014 | 7 |
| 60362994 | Exhibit 07 | 04/09/2014 | 7 |
| 60362995 | Exhibit 08 | 04/09/2014 | 8 |
| 60362996 | Exhibit 09 | 04/09/2014 | 7 |
| 60362997 | Exhibit 10 | 04/09/2014 | 7 |
| 60363005 | Exhibit 11 | 04/09/2014 | 8 |
| 60363006 | Exhibit 12 | 04/09/2014 | 7 |
| 60363019 | Exhibit 13 | 04/09/2014 | 8 |
| 60363027 | Exhibit 14 | 04/09/2014 | 12 |
| 60363028 | Exhibit 15 | 04/09/2014 | 3 |
| 60363029 | Exhibit 16 | 04/09/2014 | 14 |
| 60363030 | Exhibit 17 | 04/09/2014 | 12 |
| 60363031 | Exhibit 18 | 04/09/2014 | 10 |
| 60363032 | Exhibit 19 | 04/09/2014 | 9 |
| 60363043 | Proposed Order Granting DEFENDANTS' FIRST AMENDED MOTION TO ENFORCE RULE 11 AGREEMENT AND FIRST AMENDED SECOND MOTION TO COMPEL | 04/09/2014 | 3 |
| 60375305 | PROTECTIVE ORDER (CIVIL) ORD SGND | 04/09/2014 | 6 |
| 60276188 | Plaintiffs Response to Defendants Palletized Trucking Inc's Motions to Quash Depositions of Rex King and Mike King | 04/03/2014 | 4 |
| -> 60276192 | Proposed Order on Motions to Quash Deposition Notices | 04/03/2014 | 2 |
| 60278572 | Defendant's Palletized Trucking, Inc's and Sais, Inc's Response to Plaintiff's Motion to Compel Responses to Request for Production | 04/03/2014 | 11 |
| -> 60278575 | Exhibit 1 | 04/03/2014 | 2 |
| -> 60278589 | Exhibit 10 | 04/03/2014 | 7 |
| -> 60278590 | Exhibit 11 | 04/03/2014 | 112 |
| -> 60278591 | Exhibit 12 | 04/03/2014 | 21 |
| -> 60278593 | Exhibit 13 | 04/03/2014 | 1 |
| -> 60278594 | Exhibit 14 | 04/03/2014 | 2 |
| -> 60278576 | Exhibit 2 | 04/03/2014 | 78 |
| -> 60278577 | Exhibit 3 | 04/03/2014 | 38 |
| -> 60278578 | Exhibit 4 | 04/03/2014 | 3 |
| -> 60278579 | Exhibit 5 | 04/03/2014 | 6 |

| | | | |
|---|---|---|---|
| -> 60278580 | Exhibit 6 | 04/03/2014 | 6 |
| -> 60278585 | Exhibit 7 | 04/03/2014 | 6 |
| -> 60278587 | Exhibit 8 | 04/03/2014 | 9 |
| -> 60278588 | Exhibit 9 | 04/03/2014 | 9 |
| 60278596 | Proposed Order Denying Plaintiffs Motion to Compel Responses for Production on Defendants, Palletized Trucking Inc and Saia, Inc. | 04/03/2014 | 2 |
| 60285686 | Reporters Certificate Oral Videotaped Deposition of Shawn Deville January 9, 2014 | 04/03/2014 | 3 |
| 60285688 | Reporters Certificate Oral Videotaped Of Curtis Lee III January 9, 2014 | 04/03/2014 | 3 |
| 60285689 | Certificate of Non-Appearance for the Deposiiton of Derrick Henderson March 25, 2014 | 04/03/2014 | 7 |
| 60285690 | Certificate of Non-Appearance for the Deposition of Cedric Ward March 25, 2014 | 04/03/2014 | 7 |
| 60285701 | Supplement to Defendant Saia, Incs Motion for Protective Order and Confidentiality Order | 04/03/2014 | 3 |
| -> 60285702 | Exhibit 1 | 04/03/2014 | 2 |
| 60257835 | DEFENDANT PALLETIZED TRUCKING, INC'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION AND MOTION TO COMPEL PRODUCTION | 04/02/2014 | 9 |
| -> 60257836 | Exhibit 1 | 04/02/2014 | 7 |
| -> 60257868 | Exhibit 10 | 04/02/2014 | 7 |
| -> 60257870 | Exhibit 11 | 04/02/2014 | 1 |
| -> 60257871 | Exhibit 12 | 04/02/2014 | 72 |
| -> 60257837 | Exhibit 2 | 04/02/2014 | 10 |
| -> 60257841 | Exhibit 3 | 04/02/2014 | 4 |
| -> 60257842 | Exhibit 4 | 04/02/2014 | 1 |
| -> 60257843 | Exhibit 5 | 04/02/2014 | 7 |
| -> 60257845 | Exhibit 6 | 04/02/2014 | 161 |
| -> 60257853 | Exhibit 7 | 04/02/2014 | 213 |
| -> 60257856 | Exhibit 8 | 04/02/2014 | 8 |
| -> 60257863 | Exhibit 9 | 04/02/2014 | 7 |
| 60257872 | Proposed ORDER GRANTING DEFENDANT PALLETIZED TRUCKING, INC.'S MOTION TO COMPEL, AND DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE OBJECTIONS AND MOTION FOR PROTECTIVE ORDER | 04/02/2014 | 3 |
| 60235544 | Defendant SAIA, Inc's Motion for Protective Order and Confidentiality Order | 04/01/2014 | 8 |
| 60235623 | Notice of Oral Hearing | 04/01/2014 | 2 |
| 60235642 | Notice of Hearing | 04/01/2014 | 2 |
| 60236795 | Rule 11 Agreement | 04/01/2014 | 2 |
| 60245288 | Defendant Palletized Trucking, INC.'s Reply to Plaintiff's Response to Defendant's Motion to Enforce Rule 11 Agreement | 04/01/2014 | 7 |
| -> 60245289 | Exhibit 1 | 04/01/2014 | 4 |
| -> 60245297 | Exhibit 2 | 04/01/2014 | 10 |
| 60217443 | Defendant Saia Inc's Motion for Protective Order and Confidentiality Order | 03/31/2014 | 8 |
| 60217457 | Proposed Protective Order Regarding Documents Produced by Defendant Saia Inc | 03/31/2014 | 4 |
| 60235449 | Plaintiffs Response to Defendants Motion to Enforce Rule 11 Agreement | 03/31/2014 | 4 |
| 60196442 | MOTION FOR LEAVE TO FILE OBJECTIONS TO DEFENDANT, PALLETIZED TRUCKING, INC.'S SECOND REQUEST FOR PRODUCTION AND/OR; ALTERNATIVE MOTION FOR PROTECTIVE ORDER | 03/28/2014 | 6 |
| -> 60196443 | Exhibit A | 03/28/2014 | 2 |

| 60196524 | Plaintiffs Motion to Compel Responses to Request for Production on Defendants Palletized Trucking Inc and SAIA Inc | 03/28/2014 | 6 |
|---|---|---|---|
| -> 60196532 | Exhibit A | 03/28/2014 | 44 |
| -> 60196533 | Exhibit B | 03/28/2014 | 25 |
| -> 60196534 | Exhibit C | 03/28/2014 | 1 |
| -> 60196535 | Exhibit D | 03/28/2014 | 1 |
| 60202775 | Defendant SAIAs Incs First Amended Answer | 03/28/2014 | 8 |
| 60202892 | Defendant Palletized Trucking, Incs First Amended Answer | 03/28/2014 | 5 |
| 60217306 | Defendant Palletized Trucking Incs Motion to Quash Deposition of Rex King and Motion for Protective Order | 03/28/2014 | 4 |
| -> 60217307 | Exhibit 1 | 03/28/2014 | 2 |
| 60217314 | Proposed order on motion to quash deposition of Rex King and Protective Order | 03/28/2014 | 2 |
| 60217317 | Defendant Palletized Trucking Incs Motion to Quash Deposition of Mike King and Motion for Protective Order | 03/28/2014 | 4 |
| -> 60217318 | Exhibit 1 | 03/28/2014 | 2 |
| 60217320 | Proposed order on motion to quash deposition of Mike King and Protective Order | 03/28/2014 | 2 |
| 60172594 | Notice of Intention to Take Oral Deposition | 03/27/2014 | 2 |
| 60180197 | Exhibit 10 | 03/27/2014 | 20 |
| 60158873 | Proposed Order Granting defendants motion for summary judgment as to plaintiff Ray A Fields | 03/26/2014 | 3 |
| 60170890 | Defendants motion to enforce rule 11 agreement | 03/26/2014 | 5 |
| -> 60170891 | Notice of oral hearing | 03/26/2014 | 2 |
| 60172538 | Notice of Intention to Take Oral Deposition | 03/26/2014 | 2 |
| 60125305 | Proposed Order Granting Defendants Motion to Enforce Rule 11 Agreement | 03/21/2014 | 2 |
| 60125378 | Defendants Motion to Enforce Rule 11 Agreement | 03/21/2014 | 7 |
| -> 60125379 | Exhibit 1 | 03/21/2014 | 3 |
| -> 60125380 | Exhibit 2 | 03/21/2014 | 9 |
| -> 60125381 | Exhibit 3 | 03/21/2014 | 3 |
| 60125390 | Defendants Second Motion to Compel Responses to defendants second requests for production to Anthony Price | 03/21/2014 | 6 |
| -> 60125392 | Exhibit 1 - Anthony Price 2nd RFP | 03/21/2014 | 7 |
| -> 60125393 | Exhibit 2 - letter to confer re Discovery. | 03/21/2014 | 2 |
| 60125495 | Defendant Second Motion to Compel Responses to defendants Second Requests for Production to Antoine A Brown | 03/21/2014 | 6 |
| -> 60125496 | Exhibit 1 - Antoine Brown 2nd RFP | 03/21/2014 | 7 |
| -> 60125497 | Exhibit 2 - Letter to confer re Discovery | 03/21/2014 | 2 |
| 60125498 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Antoine A Brown | 03/21/2014 | 2 |
| 60125554 | Defendant Second Motion to Compel Responses to defendants Second Requests for Production for Cedric Ward | 03/21/2014 | 6 |
| -> 60125555 | Exhbit 1 - Cedric Ward 2nd RFP | 03/21/2014 | 7 |
| -> 60125556 | Exhibit 2 - letter to confer re Discovery | 03/21/2014 | 2 |
| 60125557 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Curtis Lee III | 03/21/2014 | 2 |
| 60125757 | Defendants second motion to compel responses to defendants second requests for production to Derrick L Henderson | 03/21/2014 | 6 |

| | | | |
|---|---|---|---|
| ·> 60125759 | Exhibit 1 - Henderson 2nd RFP | 03/21/2014 | 7 |
| ·> 60125761 | Exhibit 2 Letter confer Discovery | 03/21/2014 | 2 |
| 60125764 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Derrick L Henderson | 03/21/2014 | 2 |
| 60125765 | Defendants second motion to compel responses to defendants second requests for production to Gus Paige III | 03/21/2014 | 6 |
| ·> 60125766 | Exhibit 1 - Gus Paige 2nd RFP | 03/21/2014 | 7 |
| ·> 60125767 | Exhibit 2 - LETTER to confer re Discovery | 03/21/2014 | 2 |
| 60125768 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Gus Paige III | 03/21/2014 | 2 |
| 60125769 | Defendants second motion to compel responses to defendants second requests for production to Jenauhd M Bradford | 03/21/2014 | 6 |
| ·> 60125770 | Exhibit 1 - Jenauhd Bradford 2nd RFP | 03/21/2014 | 7 |
| ·> 60125771 | Exhibit 2 - Letter to confer re Discovery | 03/21/2014 | 2 |
| 60125772 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Jenauhd M Bradford | 03/21/2014 | 2 |
| 60125773 | Defendants second motion to compel responses to defendants second requests for production to Martin C Rhodes | 03/21/2014 | 6 |
| ·> 60125774 | Exhibit 1 - Martin Rhodes 2nd RFP | 03/21/2014 | 7 |
| ·> 60125775 | Exhibit 2 - Letter to confer re Discovery | 03/21/2014 | 2 |
| 60125776 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Martin C Rhodes | 03/21/2014 | 2 |
| 60125777 | Defendants second motion to compel responses to defendants second requests for production to Ray A Fields | 03/21/2014 | 6 |
| ·> 60125778 | Exhibit 1 - Ray A. Fields 2nd RFP | 03/21/2014 | 7 |
| ·> 60125779 | Exhibit 2 - Letter to confer re Discovery.pdf | 03/21/2014 | 2 |
| 60125780 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Ray A Fields | 03/21/2014 | 2 |
| 60125781 | Defendants second motion to compel responses to defendants second requests for production to Shawn T Deville | 03/21/2014 | 6 |
| ·> 60125782 | Exhibit 1 - Shawn Deville 2nd RFP | 03/21/2014 | 7 |
| ·> 60125783 | Exhibit 2 - Letter to confer re Discovery | 03/21/2014 | 2 |
| 60125784 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Shawn T Deville | 03/21/2014 | 2 |
| 60125786 | Defendant Second Motion to Compel Responses to defendants Second Requests for Production to Curtis Lee III | 03/21/2014 | 6 |
| ·> 60125787 | Exhibit 1 - Curtis Lee 2nd RFP | 03/21/2014 | 7 |
| ·> 60125788 | Exhibit 2 - Letter to confer re Discovery.pdf | 03/21/2014 | 2 |
| 60125789 | Proposed Order granting defendants motion to compel responses to defendants second requests for production to Curtis Lee III | 03/21/2014 | 2 |
| 60125790 | Defendants second motion to compel responses to defendants second requests for production to David Conaway | 03/21/2014 | 6 |
| ·> 60125791 | Exhibit 1 | 03/21/2014 | 7 |
| ·> 60125792 | Exhibit 2 | 03/21/2014 | 2 |
| ·> 60125793 | Proposed Order Granting motion to compel | 03/21/2014 | 2 |
| 60071940 | Notice of Oral Hearing | 03/19/2014 | 2 |
| 60072839 | Notice of Hearing | 03/19/2014 | 1 |
| 59919562 | Trial Preparation Order | 03/04/2014 | 2 |

| | | | |
|---|---|---|---|
| 59289688 | Plaintiffs Fourth Amended Original Petition | 01/17/2014 | 112 |
| 59292686 | Motion to Strike | 01/17/2014 | 3 |
| -> 59292687 | Proposed Order | 01/17/2014 | 1 |
| 59293019 | Plaintiffs' Motion to Continuance Summary Judgment Hearing | 01/17/2014 | 2 |
| -> 59293020 | Affidavit | 01/17/2014 | 3 |
| -> 59293031 | Notice of Hearing | 01/17/2014 | 2 |
| -> 59293030 | Proposed Order | 01/17/2014 | 1 |
| 59623867 | Plaintiffs Response to Defendant Saia's Motion for Traditional Summary Judgment | 01/17/2014 | 19 |
| -> 59623868 | Proposed order | 01/17/2014 | 1 |
| 59139567 | Notice of Appearance | 01/09/2014 | 2 |
| 58949596 | Oral deposition of ray a. fields november 5, 2013 volume 1 | 12/26/2013 | 4 |
| -> 58949597 | Filing letter | 12/26/2013 | 1 |
| 58949598 | Oral deposition of martin c. rhodes november 5, 2013 volume 1 | 12/26/2013 | 4 |
| -> 58949599 | Filing letter | 12/26/2013 | 1 |
| 58837922 | Defendant Palletizeds Motion for Protective Order | 12/19/2013 | 8 |
| -> 58851547 | FREEfax Cover Sheet | 12/19/2013 | 1 |
| 58787459 | Notice of Oral Hearing | 12/18/2013 | 2 |
| -> 58789272 | FREEfax Cover Sheet | 12/18/2013 | 1 |
| 58741973 | Judgment (correspondence from court of appeals) | 12/13/2013 | 1 |
| -> 58743841 | FREEfax Cover Sheet | 12/13/2013 | 1 |
| 58741974 | Memorandum Opinion | 12/13/2013 | 2 |
| -> 58741975 | Notice of Opinion Distribution | 12/13/2013 | 1 |
| 58668645 | Defendant Saia s motion for traditional summary judgment | 12/10/2013 | 7 |
| -> 58668646 | Exhibit 1 | 12/10/2013 | 2 |
| -> 58668663 | Exhibit 10 | 12/10/2013 | 9 |
| -> 58668655 | Exhibit 11 | 12/10/2013 | 21 |
| -> 58668656 | Exhibit 12 | 12/10/2013 | 22 |
| -> 58668657 | Exhibit 13 | 12/10/2013 | 3 |
| -> 58668658 | Exhibit 14 | 12/10/2013 | 5 |
| -> 58668659 | Exhibit 15 | 12/10/2013 | 2 |
| -> 58668660 | Exhibit 16 | 12/10/2013 | 3 |
| -> 58668662 | Exhibit 17 | 12/10/2013 | 7 |
| -> 58668661 | Exhibit 18 | 12/10/2013 | 6 |
| -> 58668647 | Exhibit 2 | 12/10/2013 | 9 |
| -> 58668648 | Exhibit 3 | 12/10/2013 | 10 |
| -> 58668649 | Exhibit 4 | 12/10/2013 | 10 |
| -> 58668650 | Exhibit 5 | 12/10/2013 | 21 |
| -> 58668651 | Exhibit 6 | 12/10/2013 | 9 |
| -> 58668652 | Exhibit 7 | 12/10/2013 | 11 |
| -> 58668653 | Exhibit 8 | 12/10/2013 | 9 |
| -> 58668654 | Exhibit 9 | 12/10/2013 | 9 |
| -> 58669664 | FREEfax Cover Sheet | 12/10/2013 | 1 |

| | | | |
|---|---|---|---|
| -> 58668664 | Proposed Order Granting defendant Saia Inc s motion for traditional summary judgment | 12/10/2013 | 1 |
| 58385189 | Notice of Subpoena Requesting Production from Non-Party | 11/21/2013 | 5 |
| 58278385 | Counter Plaintiff Palletized Trucking Incs Second Amended Counter Petition | 11/13/2013 | 7 |
| 58090836 | Plaintiff, Jenaughd Bradford's Response To Defendant, Palletized Trucking, Inc.'s Motion For Reconsideration Of Summary Judgment | 10/30/2013 | 3 |
| -> 58090837 | Proposed Order | 10/30/2013 | 1 |
| 57989104 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 10/24/2013 | 2 |
| 58047498 | Docket Control Order | 10/24/2013 | 2 |
| 57850726 | Notice of Intention to Take the Oral Deposition of Martin Rhodes | 10/17/2013 | 2 |
| -> 57853190 | FREEfax Cover Sheet | 10/17/2013 | 1 |
| 57850866 | Notice of Intention to Take the Oral Deposition of Ray Fields | 10/17/2013 | 2 |
| -> 57853208 | FREEfax Cover Sheet | 10/17/2013 | 1 |
| 57860022 | Plaintiffs Unopposed Motion for Continuance | 10/16/2013 | 3 |
| -> 57860023 | proposed order | 10/16/2013 | 2 |
| 57850715 | Plaintiffs Response to Defendant Palletized Trucking Incs Motion to Sever Claims | 10/15/2013 | 5 |
| -> 57850716 | Proposed order | 10/15/2013 | 1 |
| 57752794 | First Amended Notice of Oral Hearing | 10/11/2013 | 1 |
| -> 57757112 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| 57755381 | Defendants Motion to Compel Responses to Defendants Requests for Disclosure, Requests for Production, and Interrogatories to Martin Rhodes | 10/11/2013 | 6 |
| -> 57755382 | Exhibit 01 | 10/11/2013 | 6 |
| -> 57755383 | Exhibit 02 | 10/11/2013 | 10 |
| -> 57755384 | Exhibit 03 | 10/11/2013 | 16 |
| -> 57755385 | Exhibit 04 | 10/11/2013 | 7 |
| -> 57755386 | Exhibit 05 | 10/11/2013 | 1 |
| -> 57755387 | Exhibit 06 | 10/11/2013 | 1 |
| -> 57755388 | Exhibit 07 | 10/11/2013 | 2 |
| -> 57755389 | Exhibit 08 | 10/11/2013 | 2 |
| -> 57757271 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57755390 | Proposed Order Granting motion to compel | 10/11/2013 | 2 |
| 57755644 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR PRODUCTION AND INTERROGATORIES TO ANTHONY PRICE | 10/11/2013 | 5 |
| -> 57755645 | Exhibit 01 | 10/11/2013 | 6 |
| -> 57755646 | Exhibit 02 | 10/11/2013 | 10 |
| -> 57755647 | Exhibit 03 | 10/11/2013 | 16 |
| -> 57755648 | Exhibit 04 | 10/11/2013 | 7 |
| -> 57755649 | Exhibit 05 | 10/11/2013 | 1 |
| -> 57755651 | Exhibit 06 | 10/11/2013 | 1 |
| -> 57755653 | Exhibit 07 | 10/11/2013 | 2 |
| -> 57755655 | Exhibit 08 | 10/11/2013 | 2 |
| -> 57757337 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57755656 | Proposed Order Granting motion compel | 10/11/2013 | 2 |
| 57755800 | | 10/11/2013 | 7 |

DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO ANTOINE BROWN

| | | | |
|---|---|---|---|
| -> 57755801 | Exhibit 01 | 10/11/2013 | 6 |
| -> 57755802 | Exhibit 02 | 10/11/2013 | 10 |
| -> 57755803 | Exhibit 03 | 10/11/2013 | 12 |
| -> 57755804 | Exhibit 04 | 10/11/2013 | 7 |
| -> 57755805 | Exhibit 05 | 10/11/2013 | 1 |
| -> 57755806 | Exhibit 06 | 10/11/2013 | 1 |
| -> 57755807 | Exhibit 07 | 10/11/2013 | 2 |
| -> 57755808 | Exhibit 08 | 10/11/2013 | 2 |
| -> 57768216 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57755809 | Proposed Order Granting defendants' motion To compel responses to defendants' requests for disclosure, requests for protection, and interrogatories to Antoine Brown | 10/11/2013 | 2 |
| 57756692 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO CEDRIC WARD | 10/11/2013 | 7 |
| -> 57756693 | Exhibit 01 | 10/11/2013 | 6 |
| -> 57756694 | Exhibit 02 | 10/11/2013 | 10 |
| -> 57756695 | Exhibit 03 | 10/11/2013 | 12 |
| -> 57756696 | Exhibit 04 | 10/11/2013 | 7 |
| -> 57756697 | Exhibit 05 | 10/11/2013 | 1 |
| -> 57756698 | Exhibit 06 | 10/11/2013 | 1 |
| -> 57756699 | Exhibit 07 | 10/11/2013 | 2 |
| -> 57756700 | Exhibit 08 | 10/11/2013 | 2 |
| -> 57769718 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57758127 | NOTICE OF ORAL HEARING | 10/11/2013 | 2 |
| -> 57756701 | Proposed Order | 10/11/2013 | 2 |
| 57756905 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO CURTIS LEE | 10/11/2013 | 7 |
| -> 57756906 | Exhibit 1 | 10/11/2013 | 6 |
| -> 57756907 | Exhibit 2 | 10/11/2013 | 10 |
| -> 57756908 | Exhibit 3 | 10/11/2013 | 12 |
| -> 57756909 | Exhibit 4 | 10/11/2013 | 7 |
| -> 57756910 | Exhibit 5 | 10/11/2013 | 1 |
| -> 57756911 | Exhibit 6 | 10/11/2013 | 1 |
| -> 57756912 | Exhibit 7 | 10/11/2013 | 2 |
| -> 57756913 | Exhibit 8 | 10/11/2013 | 2 |
| -> 57770991 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57756914 | Proposed Order | 10/11/2013 | 2 |
| 57757086 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO DAVID CONAWAY | 10/11/2013 | 7 |
| -> 57757087 | Exhibit 1 | 10/11/2013 | 6 |
| -> 57757088 | Exhibit 2 | 10/11/2013 | 10 |

| | | | |
|---|---|---|---|
| ·> 57757089 | Exhibit 3 | 10/11/2013 | 11 |
| ·> 57757090 | Exhibit 4 | 10/11/2013 | 7 |
| ·> 57757091 | Exhibit 5 | 10/11/2013 | 1 |
| ·> 57757092 | Exhibit 6 | 10/11/2013 | 1 |
| ·> 57757093 | Exhibit 7 | 10/11/2013 | 2 |
| ·> 57757094 | Exhibit 8 | 10/11/2013 | 2 |
| ·> 57771239 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| ·> 57757095 | Proposed Order Granting motion to compel as to David Conaway | 10/11/2013 | 2 |
| 57757508 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO DERRICK HENDERSON | 10/11/2013 | 7 |
| ·> 57757509 | Exhibit 1 | 10/11/2013 | 6 |
| ·> 57757510 | Exhibit 2 | 10/11/2013 | 10 |
| ·> 57757511 | Exhibit 3 | 10/11/2013 | 12 |
| ·> 57757512 | Exhibit 4 | 10/11/2013 | 8 |
| ·> 57757513 | Exhibit 5 | 10/11/2013 | 1 |
| ·> 57757514 | Exhibit 6 | 10/11/2013 | 1 |
| ·> 57757515 | Exhibit 7 | 10/11/2013 | 2 |
| ·> 57757516 | Exhibit 8 | 10/11/2013 | 2 |
| ·> 57771777 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| ·> 57757517 | Proposed Order Granting motion to compel as to Derrick Henderson | 10/11/2013 | 2 |
| 57757737 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO GUS PAIGE | 10/11/2013 | 7 |
| ·> 57757738 | Exhibit 1 | 10/11/2013 | 6 |
| ·> 57757739 | Exhibit 2 | 10/11/2013 | 10 |
| ·> 57757740 | Exhibit 3 | 10/11/2013 | 12 |
| ·> 57757746 | Exhibit 4 | 10/11/2013 | 7 |
| ·> 57757747 | Exhibit 5 | 10/11/2013 | 1 |
| ·> 57757748 | Exhibit 6 | 10/11/2013 | 1 |
| ·> 57757749 | Exhibit 7 | 10/11/2013 | 2 |
| ·> 57757750 | Exhibit 8 | 10/11/2013 | 2 |
| ·> 57771595 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| ·> 57757751 | Proposed Order Granting motion to compel as to Gus Paige | 10/11/2013 | 2 |
| 57757850 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO JENAUHD BRADFORD | 10/11/2013 | 7 |
| ·> 57757851 | Exhibit 1 | 10/11/2013 | 6 |
| ·> 57757852 | Exhibit 2 | 10/11/2013 | 10 |
| ·> 57757853 | Exhibit 3 | 10/11/2013 | 13 |
| ·> 57757854 | Exhibit 4 | 10/11/2013 | 8 |
| ·> 57757855 | Exhibit 5 | 10/11/2013 | 1 |
| ·> 57757856 | Exhibit 6 | 10/11/2013 | 1 |
| ·> 57757857 | Exhibit 7 | 10/11/2013 | 2 |

| | | | |
|---|---|---|---|
| -> 57757858 | Exhibit 8 | 10/11/2013 | 2 |
| -> 57771823 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57757859 | Proposed Order Granting motion to compel Jenauhd Bradford | 10/11/2013 | 2 |
| 57758018 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO RAY FIELDS | 10/11/2013 | 7 |
| -> 57758019 | Exhibit 1 | 10/11/2013 | 6 |
| -> 57758020 | Exhibit 2 | 10/11/2013 | 10 |
| -> 57758021 | Exhibit 3 | 10/11/2013 | 12 |
| -> 57758022 | Exhibit 4 | 10/11/2013 | 7 |
| -> 57758023 | Exhibit 5 | 10/11/2013 | 1 |
| -> 57758024 | Exhibit 6 | 10/11/2013 | 1 |
| -> 57758025 | Exhibit 7 | 10/11/2013 | 2 |
| -> 57758026 | Exhibit 8 | 10/11/2013 | 2 |
| -> 57772190 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57758027 | Proposed Order Granting motion to compel as to Ray Fields | 10/11/2013 | 2 |
| 57758067 | DEFENDANTS MOTION TO COMPEL RESPONSES TO DEFENDANTS REQUESTS FOR DISCLOSURE, REQUESTS FOR PRODUCTION, AND INTERROGATORIES TO SHAWN DEVILLE | 10/11/2013 | 7 |
| -> 57758068 | Exhibit 1 | 10/11/2013 | 6 |
| -> 57758069 | Exhibit 2 | 10/11/2013 | 10 |
| -> 57758070 | Exhibit 3 | 10/11/2013 | 11 |
| -> 57758071 | Exhibit 4 | 10/11/2013 | 7 |
| -> 57758072 | Exhibit 5 | 10/11/2013 | 1 |
| -> 57758073 | Exhibit 6 | 10/11/2013 | 1 |
| -> 57758074 | Exhibit 7 | 10/11/2013 | 2 |
| -> 57758075 | Exhibit 8 | 10/11/2013 | 2 |
| -> 57772288 | FREEfax Cover Sheet | 10/11/2013 | 1 |
| -> 57758076 | Proposed Order Granting motion to compel as to Shawn Deville | 10/11/2013 | 2 |
| 57700836 | Amended Notice of Oral Hearing | 10/08/2013 | 2 |
| 57669663 | Defendants Motion to Sever | 10/04/2013 | 6 |
| -> 57669664 | Exhibit 1 | 10/04/2013 | 9 |
| -> 57669688 | Exhibit 10 | 10/04/2013 | 22 |
| -> 57669689 | Exhibit 11 | 10/04/2013 | 21 |
| -> 57669666 | Exhibit 2 | 10/04/2013 | 10 |
| -> 57669672 | Exhibit 3 | 10/04/2013 | 10 |
| -> 57669675 | Exhibit 4 | 10/04/2013 | 21 |
| -> 57669676 | Exhibit 5 | 10/04/2013 | 9 |
| -> 57669677 | Exhibit 6 | 10/04/2013 | 11 |
| -> 57669678 | Exhibit 7 | 10/04/2013 | 9 |
| -> 57669681 | Exhibit 8 | 10/04/2013 | 9 |
| -> 57669682 | Exhibit 9 | 10/04/2013 | 9 |
| -> 57669691 | Notice of Oral Hearing | 10/04/2013 | 1 |
| -> 57669690 | Proposed Order for Severance | 10/04/2013 | 8 |

| 57634447 | Defendants Motion for Reconsideration of Summary Judgment as to Plaintiff Jenauhd Bradford | 10/03/2013 | 5 |
|---|---|---|---|
| -> 57634446 | Notice of Oral Hearing | 10/03/2013 | 2 |
| -> 57634448 | Proposed Order Granting motion for summary judgment | 10/03/2013 | 1 |
| 57506459 | ORDER SIGNED DENYING PARTIAL SUMMARY JUDGMENT | 09/25/2013 | 1 |
| 57185426 | Defendants Response to plaintifs motion to compel | 09/05/2013 | 5 |
| -> 57185429 | Exhibit 01 | 09/05/2013 | 2 |
| -> 57185430 | Exhibit 02 | 09/05/2013 | 3 |
| -> 57185431 | Exhibit 03 | 09/05/2013 | 17 |
| -> 57185428 | Proposed Order Denying plaintiffs motion to compel | 09/05/2013 | 2 |
| 57176404 | Trial Preparation Order | 09/03/2013 | 2 |
| 57109526 | Supplemental Brief in Support of Defendants Motion for Summary Judgment Against Jehnaud Bradford | 08/29/2013 | 10 |
| -> 57109530 | Exhibit 05 | 08/29/2013 | 1 |
| -> 57109531 | Exhibit 06 | 08/29/2013 | 7 |
| -> 57109529 | Exhibits 04 | 08/29/2013 | 1 |
| 57100063 | Amended Notice of Hearing | 08/28/2013 | 1 |
| 56853662 | Counter-Plaintiff, Palletized Trucking, Inc.s Original Counter-Petition | 08/05/2013 | 5 |
| 56862614 | Counter-Plaintiff Palletized Trucking Incs Original Counter-Petition | 08/05/2013 | 5 |
| 56489672 | Third Amended Original Petition | 07/01/2013 | 95 |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| | Third Amended Original Petition | 07/01/2013 | |
| 56208463 | ORDER SIGNED DENYING REHEARING | 06/03/2013 | 3 |
| | ORDER SIGNED GRANTING CONTINUANCE | 06/03/2013 | |
| | SEVERANCE ORDER SIGNED, PARTY REMOVED | 06/03/2013 | |
| 55909468 | Defendants Response to Plaintiffs Troy Brown and Kollen J Moutons Motion for Reconsideration | 05/30/2013 | 8 |
| -> 55909490 | Exhibit 1 | 05/30/2013 | 1 |
| -> 55909491 | Exhibit 2 | 05/30/2013 | 1 |
| -> 55909492 | Exhibit 3 | 05/30/2013 | 9 |
| -> 55909497 | Exhibit 4 | 05/30/2013 | 1 |
| -> 55909499 | Exhibit 5 | 05/30/2013 | 9 |
| -> 55909501 | Exhibit 6 | 05/30/2013 | 1 |
| -> 55909503 | Exhibit 7 | 05/30/2013 | 19 |
| -> 55909504 | Exhibit 8 | 05/30/2013 | 3 |
| -> 55909485 | Proposed Order Denying Plaintiffs Motion for Reconsideration | 05/30/2013 | 2 |
| 55922517 | | 05/30/2013 | 8 |

Defendants reply to plaintiffs response to defendants traditioanl motion for summary judgment and defendants motion to strike the May 22 2013 affidavit of Jenauhn M Bradford

| | | | |
|---|---|---|---|
| -> 55922522 | Exhibit 1 | 05/30/2013 | 21 |
| -> 55922524 | Exhibit 2 | 05/30/2013 | 12 |
| -> 55922520 | Proposed order striking plaintiffs May 22 2013 affidavit and order granting defendants motion for summary judgment as to plaintiff Jenauhd Bradford | 05/30/2013 | 1 |
| 55875466 | Defendant, Palletized Trucking Incs Motion to Quash Oral and Videotaped Depositions and Motion for Protective Order | 05/28/2013 | 5 |
| -> 55875469 | Exhibit 1 | 05/28/2013 | 5 |
| -> 55875470 | Exhibit 2 | 05/28/2013 | 4 |
| -> 55875471 | Exhibit 3 (Letter to Howard re missing response to discovery request) | 05/28/2013 | 1 |
| -> 55875473 | Exhibit 4 (fax confirmation of Ltr req disco resp.) | 05/28/2013 | 1 |
| -> 55875474 | Notice of Oral Hearing | 05/28/2013 | 2 |
| -> 55875467 | Proposed Order on Motion to Quash Deposition | 05/28/2013 | 2 |
| 55870409 | Plaintiff Troy Browns Response to Defendant Palletized Trucking Incs Motion to Sever and Dismiss Claims | 05/24/2013 | 5 |
| -> 55870410 | proposed order | 05/24/2013 | 1 |
| 55871217 | Plaintiff's Motion to Continue Summary Judgment Hearing | 05/24/2013 | 4 |
| -> 55871218 | proposed order | 05/24/2013 | 1 |
| -> 55871219 | proposed order granting plaintiffs' motion for continuance | 05/24/2013 | 1 |
| 55871241 | Plaintiff Jenauhd M Bradford's response to defendant Palletized Trucking Inc's motion to sever claims | 05/24/2013 | 4 |
| -> 55871242 | proposed order | 05/24/2013 | 1 |
| 55876395 | Plaintiff, Kollen J. Mouton's Response To Defendant, Palletized Trucking, Inc's Motion To Sever And Dismiss Claims | 05/24/2013 | 5 |
| -> 55876396 | Proposed Order | 05/24/2013 | 1 |
| 55876882 | Plaintiff, Jenauhd Bradfords Response to Defendant Palletized Trucking Incs Motion for Partial Summary Judgment | 05/24/2013 | 9 |
| -> 55876884 | Proposed Order | 05/24/2013 | 1 |
| 55806640 | Notice of Hearing | 05/22/2013 | 1 |
| 55806643 | Notice of Intention to Take Oral Depositions | 05/22/2013 | 2 |
| 55806646 | Notice of Hearing | 05/22/2013 | 1 |
| 55725266 | Defendant, Palletized Trucking, Incs Special Exceptions | 05/16/2013 | 4 |
| -> 55725269 | Proposed Order Sustaining Special Exceptions | 05/16/2013 | 1 |
| 55455990 | Defendants Motion for Summary Judgment as to Plaintiff Jenauhd Bradford | 04/26/2013 | 12 |
| -> 55455996 | Exhibit 1 | 04/26/2013 | 21 |
| -> 55455999 | Exhibit 2 | 04/26/2013 | 3 |
| -> 55456002 | Exhibit 3 | 04/26/2013 | 19 |
| -> 55455995 | Notice of Hearing by submission on Motion for Summary Judgment | 04/26/2013 | 2 |
| -> 55455993 | Proposed Order granting Defendant's Motion for Summary Judgment | 04/26/2013 | 1 |
| 55461888 | First amended Notice of oral hearing on defendants motion for Summary Judgment as to plaintiff Jenauhd Bradford | 04/26/2013 | 2 |
| 55442651 | Notice of Hearing by Submission | 04/25/2013 | 2 |
| 55448785 | Defendants Motion to Sever and Dismiss Troy Browns Claims | 04/25/2013 | 4 |
| -> 55448786 | Proposed Order | 04/25/2013 | 2 |

| 55448811 | Defendants Motion to Sever and Dismiss Kollen Moutons Claims | 04/25/2013 | 4 |
| -> 55448812 | Proposed Order | 04/25/2013 | 2 |
| 55448884 | Defendants Motion to Sever Jenauhd Bradfords Claims | 04/25/2013 | 5 |
| -> 55448885 | Proposed Order | 04/25/2013 | 2 |
| 55430815 | oral videotaped deposition Antione A. Brown March 13, 2013 | 04/24/2013 | 5 |
| -> 55430817 | Filing letter | 04/24/2013 | 1 |
| 55430820 | oral videotaped deposition Anthony C. Price March 13, 2013 | 04/24/2013 | 5 |
| -> 55430826 | Filing letter | 04/24/2013 | 1 |
| 55430832 | oral videotaped deposition Jenauhd M. Bradford March 13, 2013 | 04/24/2013 | 5 |
| -> 55430833 | Filing letter | 04/24/2013 | 1 |
| 55430835 | oral videotaped deposition David A. Conaway March 13, 2013 | 04/24/2013 | 5 |
| -> 55430839 | Envelope | 04/24/2013 | 1 |
| -> 55430837 | Filing letter | 04/24/2013 | 1 |
| 55444093 | ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 04/23/2013 | 2 |
| 55255824 | Unopposed Motion to Substitute Counsel as to defendants Saia Inc | 04/09/2013 | 2 |
| -> 55255825 | Proposed Order on Motion to Substitute Counsel | 04/09/2013 | 2 |
| 55170570 | Notice of Hearing on Defendants Special Exceptions | 04/01/2013 | 2 |
| 54334990 | Rule 11 Agreement | 01/03/2013 | 1 |
| 54325436 | Docket Control Order | 12/28/2012 | 3 |
| 54204643 | Motion For Docket Control Order | 12/14/2012 | 3 |
| 54213322 | Plaintiffs Motion for Continuance | 12/14/2012 | 4 |
| 54213339 | Plaintiffs Troy Browns and Kollen J Moutons Motion for Reconsideration | 12/14/2012 | 6 |
| 54213455 | Motion to Compel | 12/14/2012 | 3 |
| 54213585 | Motion to Compel | 12/14/2012 | 3 |
| 54149188 | Defendant Palletized Trucking Inc s motion for Partial Summary Judgmenton Breach of Fiduciary Duty | 12/10/2012 | 7 |
| 54153630 | Notice of Hearing by Submission | 12/10/2012 | 2 |
| 54070295 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 11/30/2012 | 3 |
| 53950367 | Re-Notice of Oral Hearing | 11/15/2012 | 2 |
| 53896730 | Plaintiffs Kollen J. Mouton's and Troy Brown's response to defendant's motion for summary judgment | 11/09/2012 | 11 |
| 53743106 | Defendants Motion for Partial Summary Judgment on Statute of Limitations as to Plaintiffs Troy Brown and Kollen Mouten | 10/23/2012 | 11 |
| 53743135 | Notice of Oral Hearing | 10/23/2012 | 2 |
| 53622249 | Rule 11 Agreement | 10/11/2012 | 1 |
| 53606120 | Defendant, SAIA, Inc's Original Answer | 10/10/2012 | 8 |
| 53319680 | Rule 11 Agreement | 09/11/2012 | 1 |
| 53409667 | copy of order of remand | 08/24/2012 | 1 |
| 53135339 | Citation Corporate | 08/21/2012 | 1 |
| 52932878 | Citation Corporate | 07/30/2012 | 23 |
| 52663615 | Defendants Notice of Removal | 06/29/2012 | 2 |
| 52643998 | Defendant, Palletized Trucking, Inc.s Original Answer, Requests for Disclosure and Jury Demand | 06/28/2012 | 3 |

| | | | |
|---|---|---|---|
| 52721551 | Civil Bureau Process Pick-Up Form | 06/28/2012 | 1 |
| 52723314 | Citation Corporate | 06/27/2012 | 1 |
| 52619153 | Plaintiff First Amended Original Petition with Attached Discovery | 06/26/2012 | 19 |
| 52413493 | Civil Bureau Process Pick-Up Form | 05/29/2012 | 1 |
| 52331259 | Plaintiffs Original Petition with Attached Discovery | 05/25/2012 | 19 |

Elsi Vasquez

---

**From:** No-Reply@eFileTexas.gov
**Sent:** Tuesday, July 07, 2015 9:56 AM
**To:** Elsi Vasquez
**Subject:** eFileTexas.gov – Notification of Service - 5954688



# Notification of Service

Envelope Number: **5954688**

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 201230947 |
| **Case Style** | BRADFORD, JENAUHD M v PALLETIZED TRUCKING INC |
| **Date/Time Submitted** | 7/7/2015 9:55:00 AM |
| **Filing Type** | No Fee Documents |
| **Filed By** | Ramond Howard |
| **Service Contacts** | Other Service Contacts not associated with a party on the case: Dwight Jefferson (djefferson@coatsrose.com) Robert Fuentes (Robert@fuentesfirm.com) Elizabeth Rosales (Elizabeth@fuentesfirm.com) Philip Reeves (Philip@fuentesfirm.com) Elsi Vasquez (Elsi@fuentesfirm.com) |

| Document Details | |
|---|---|
| **File Stamped Copy** | https://efile.txcourts.gov/ViewServiceDocuments.aspx?ADMIN=0&SID=1c939bea-1485-4bd7-924f-686c4ee42905&RID=e76152d8-3df4-489a-ab48-ab1b46f88ba0 This link is active for 7 days. |

Please do not reply to this email. It was generated automatically by eFileTexas.gov

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6081 / Virus Database: 4392/10178 - Release Date: 07/07/15



**Brian Schrumpf**
*Associate Attorney*
brian@fuentesfirm.com

**Stephen Leavins**
*Attorney & Licensed C.P.A.*
stephen@fuentesfirm.com

**Robert Fuentes**
*Managing Attorney*
robert@fuentesfirm.com

**Philip Reeves**
*Associate Attorney*
philip@fuentesfirm.com

**David Helmey**
*Associate Attorney*
david@fuentesfirm.com

July 9, 2015

Mr. Ramond W. Howard                     *Via Email:* barlife@aol.com
Law Offices of Ramond W. Howard
1303 Turtle Creek Drive
Missouri City, TX 77489

Mr. Dwight E. Jefferson                   *Via Email:* djefferson@coatsrose.com
Coats, Rose, Yale, Ryman & Lee, P.C.
3 Greenway Plaza, Suite 2000
Houston, Texas 77045

> **Re:** Cause No. 2012-30947; ***Bradford, et al, vs. Palletized Trucking, Inc. and Saia, Inc.;*** In the 113[th] Judicial District Court of Harris County, Texas.

Dear Mr. Howard and Mr. Jefferson:

The purpose of this letter is to afford Plaintiffs with an opportunity to dismiss the presently pending appeal, and avoid sanctions for the filing of a frivolous appeal. The notice of appeal was not filed timely, and, as a result, the court of appeals lacks jurisdiction to reverse the trial court's order or hear Plaintiffs' appeal.

As a result of the motion for rehearing, the deadline for Plaintiffs' notice of appeal was extended to "90 days after the judgment is signed . . ."[1] which would be May 21, 2015. The rules also provide a 15 day extension allowing a total of 105 days from the date of the summary judgment to file a notice of appeal.[2] The notice of appeal was due on June 5, 2015, however, Plaintiffs' notice of appeal was not filed until June 25, 2015 –20 days after expiration of the deadline. Once 105-days have passed after the judgment "without filing a notice of appeal, a party can no longer invoke the appellate court's jurisdiction."[3]

Under Texas law an appeal is frivolous when there is no reasonable basis to believe the judgment could be reversed.[4] Because of the untimely filed notice of appeal, Plaintiffs cannot invoke the appellee court's jurisdiction, and there is no plausible grounds for reversal of the

---

[1] TEX. R. APP. P. 26.1(a).
[2] TEX. R. APP. P. 26.3.
[3] *Cartmill v. Cartmill*, 2006 Tex. App. LEXIS 6825, at *3 (Tex. App.—Houston [1st Dist.] 2006, pet. denied)
[4] *Smith v. Brown*, 51 S.W.3d 376, 381 (Tex. App.--Houston [1st Dist.] 2001, pet. denied)

**EXHIBIT 3**

judgment. Accordingly, continued prosecution of the appeal is frivolous, and Palletized will seek dismissal of the appeal and sanctions under Rules of Appellate Procedure unless Plaintiffs voluntarily dismiss the appeal by July 17, 2015. If the appeal is not dismissed by this date Palletized will seek recovery of all fees and costs associated with responding to the frivolous appeal from Plaintiffs.

I urge you to give your immediate attention to this matter and to immediately dismiss the frivolous appeal to avoid the imposition of sanctions and an award of damages against the Plaintiffs.

Sincerely,

*Philip C. Reeves*
**THE FUENTES FIRM, P.C.**

# Elsi Vasquez

From:           Elsi Vasquez
Sent:           Thursday, July 09, 2015 11:55 AM
To:             'barlife@aol.com'
Cc:             Philip Reeves; Robert Fuentes
Subject:        Bradford, et al vs. Palletized Trucking and Saia, Inc.
Attachments:    2015-07-09 Ltr to OC re Frivolous Appeal.pdf

Good morning,

Please see the attached correspondence sent on behalf of The Fuentes Firm, P.C.

If you have any questions, please contact our office.

*Sincerely,*

*Elsi Vasquez*
Legal Assistant
**The Fuentes Firm, P.C.**
5507 Louetta Rd., Suite A
Spring, TX 77379
Tel: 281-378-7640, Ext. 107
Fax: 281-378-7639
Email: Elsi@fuentesfirm.com
www.fuentesfirm.com

The information contained in this e-mail message is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this e-mail in error, please notify us immediately, delete the original message from your computer and other copies of this message that have been received in error.

# Elsi Vasquez

| | |
|---|---|
| From: | Elsi Vasquez |
| Sent: | Thursday, July 09, 2015 11:57 AM |
| To: | 'djefferson@coatsrose.com' |
| Cc: | Philip Reeves; Robert Fuentes |
| Subject: | Bradford, et al vs. Palletized Trucking, Inc. and Saia |
| Attachments: | 2015-07-09 Ltr to OC re Frivolous Appeal.pdf |

Good morning,

Please see the attached correspondence sent on behalf of The Fuentes Firm, P.C.

If you have any questions, please contact our office.

*Sincerely,*

*Elsi Vasquez*
Legal Assistant
**The Fuentes Firm, P.C.**
5507 Louetta Rd., Suite A
Spring, TX 77379
Tel: 281-378-7640, Ext. 107
Fax: 281-378-7639
Email: Elsi@fuentesfirm.com
www.fuentesfirm.com

The information contained in this e-mail message is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately, delete the original message from your computer and other copies of this message that have been received in error.

| BRADFORD et al, | § | |
| *Appellant,* | § | |
| | § | |
| V. | § | 1ST COURT OF APPEALS, TEXAS |
| | § | |
| PALLETIZED TRUCKING, INC. | § | |
| *Appellee,* | § | |

## ATTORNEY FEE DECLARATION OF PHILIP C. REEVES

On this day personally appeared Philip C. Reeves, declares the following to be true and correct:

"My name is Philip C. Reeves. I reside in Harris County, Texas, and practice law in this county and State. I have practiced law since November 2008, and I am currently an active member of the Bar (Texas Bar No. 24065959). My address is 5507 Louetta Road, Suite A, Spring, Texas 77379. I am over twenty-one years old, of sound mind, and otherwise competent to swear out this affidavit. My practice includes commercial litigation and I have handled numerous commercial cases. I am in all respects experienced and qualified to render an opinion on the reasonableness and necessity of attorney's fees incurred and/or to be incurred in this commercial litigation matter."

"Palletized Trucking, Inc, ("Palletized") Appellee in this case, retained The Fuentes Firm, P.C. to represent it in the above styled cause. After a review of the business records and file of this firm, including the acts and documentation that I personally was involved with or prepared, I can testify as to the work done in this cause. The facts I recite in this affidavit as one of Palletized's attorneys are true and correct. Work done in this case by myself or other lawyers in this firm after the time the trial

1

**EXHIBIT 4**

court entered judgment, and occasioned by the filing of a frivolous appeal after the expiration of all appellate deadlines includes communication with Appellant's counsel regarding the untimely notice of appeal, and frivolous nature of any appeal premised on the untimely notice filed by appellants, communication with client regarding effect of untimely filed notice of appeal and remedy for frivolous appeal, consideration of all post-judgment deadlines and effect of Plaintiffs' Motion to Reconsider Summary Judgment on all post judgment deadlines, drafting the motion to dismiss frivolous appeal, and declaration in support of the motion; and other necessary work."

"The attorney fees attached hereto were reasonable and necessary for representation of Palletized Trucking in the present suit."

"The fees were reasonable and necessary considering (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly; (2) the likelihood that the acceptance of this particular employment will preclude other employment; (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; and (5) the experience, reputation, and ability of the lawyers performing the services."

"I am familiar with the usual and customary legal fees reasonably charged by lawyers in the Harris County, Texas with similar experience and training, for necessary legal services in a case such as this one. The level of skill and legal work needed to resolve the conflicts that arose in this matter is likewise familiar to me. My familiarity extends to knowing reasonable hourly rates customarily charged by civil litigators who perform the same or similar necessary services as those rendered by myself and other legal professionals representing Palletized Trucking, Inc. in this matter.

2

"In my expert opinion, The Fuentes Firm, P.C. and I have charged reasonable legal fees and rendered necessary legal services while ably representing Palletized Trucking, Inc. in this case."

"I am an associate attorney at The Fuentes Firm, P.C. and I have care, custody, and control of the invoices attached to this Affidavit, totaling $1,122.00 in attorney fees and expenses in response to Appellants' untimely notice of appeal, and frivolous appeal of the trial court judgment of February 20, 2015. These records are kept by The Fuentes Firm, P.C. in the regular course of business, and it was the regular course of business of The Fuentes Firm, P.C. for an employee or representative of The Fuentes Firm, P.C. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in the record, and the record was made at or near the time or reasonably soon thereafter. All records attached hereto are the original or exact duplicates of the original."

"The fees and expenses contained in the invoices attached to this Affidavit, totaling $1,122.00 were reasonable and necessary."

"I declare on September 16, 2015, under penalty of perjury that the foregoing is true and correct."

FURTHER DECLARANT SAYETH NOT

_____
PHILIP C. REEVES
Declarant

3

# Time Entries

## The Fuentes Firm, P.C.

| Date | Status | Approval | BillableType | Task | Timekeeper | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|------------|-------|------|----------|------|--------|
| *Palletized Trucking, Inc.* | | | | | | | | | | |
| **Bradford, et al, v. Palletized Trucking, Inc and Saia, Inc.** | | | | | | | | | | |
| 06-25-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 0.100 | 220.00 | 22.00 |
| Review and analysis of untimely notice of appeal filed by Plaintiffs seeking appellate review of the trial court's summary judgment. | | | | | | | | | | |
| 06-26-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 0.400 | 220.00 | 88.00 |
| ███████████████████████████████████████ ████████████ | | | | | | | | | | |
| 06-30-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 0.200 | 220.00 | 44.00 |
| Review docketing schedule of the Plaintiffs appeal, and correspondence from the Court of Appeals stating Plaintiffs' failed to pay the requisite filing fee. | | | | | | | | | | |
| 07-07-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 0.400 | 220.00 | 88.00 |
| Review and analysis of the "Designation of Matters in the Clerk's Record" and Exhibit filed by Plaintiffs' in furtherance of the frivolous appeal of the Court's summary judgment order, and strategy ████████████████████ | | | | | | | | | | |
| 07-08-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 0.800 | 220.00 | 176.00 |
| Strategy concerning ███████████████████████████ ████████████████████████ | | | | | | | | | | |
| 07-08-2015 | Billed | | Billable | L500 - Appeal | Reeves, Philip | | | 1.100 | 220.00 | 242.00 |
| Correspondence to opposing counsel regarding the late filed notice of appeal, and proving Plaintiffs notice of the effect of failure to file notice of appeal within 105 days of the judgment and stating Palletized's intent to pursue sanctions against Plaintiffs if appeal is not dismissed within 10 days. | | | | | | | | | | |
| 07-30-2015 | Billed | | Billable | L510 - Appellate Motions and Submissions | Reeves, Philip | | | 2.100 | 220.00 | 462.00 |
| Drafted Palletized Trucking Inc.'s Motion to Dismiss Petitioner's Appeal, and seeking damages in connection with Frivolous appeal. | | | | | | | | | | |
| | | | | | | **Matter Total** | | **5.100** | | **1,122.00** |
| | | | | | | **Client Total** | | **5.100** | | **1,122.00** |
| | | | | | | **Grand Total** | | **5.100** | | **1,122.00** |